JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| JONI GARDNER | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |

| (b) County of Residence of First Listed Plaintiff  Lancaster | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Adam S. Barrist, Esq., 215-432-8829<br>P.O. Box 1820, Media, PA 19063 | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government Plaintiff
- ☐ 2   U.S. Government Defendant
- ☐ 3   Federal Question *(U.S. Government Not a Party)*
- ☒ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product     Product Liability | |     28 USC 157 |     3729(a)) |
| ☐ 140 Negotiable Instrument |     Liability   ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &     Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
|     & Enforcement of Judgment |     Slander     Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'     Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted |     Liability   ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
|     Student Loans | ☐ 340 Marine     Injury Product | |     New Drug Application | ☐ 470 Racketeer Influenced and |
|     (Excludes Veterans) | ☐ 345 Marine Product     Liability | | ☐ 840 Trademark |     Corrupt Organizations |
| ☐ 153 Recovery of Overpayment |     Liability   **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
|     of Veteran's Benefits | ☒ 350 Motor Vehicle   ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending |     Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract |     Product Liability   ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) |     Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal     Property Damage |     Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |     Injury   ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury -     Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| |     Medical Malpractice |     Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** |     Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee |     Income Security Act |     or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party |     Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/     Sentence | |     26 USC 7609 |     Agency Decision |
| ☐ 245 Tort Product Liability |     Accommodations   ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | **IMMIGRATION** | |     State Statutes |
| |     Employment   **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| |     Other   ☐ 550 Civil Rights |     Actions | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | | | |
| |   ☐ 560 Civil Detainee - | | | |
| |     Conditions of | | | |
| |     Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C §1332

Brief description of cause:
Motor vehicle collision in Manor Township, PA.

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $<br>In excess of $150,000.00 | CHECK YES only if demanded in complaint:<br>JURY DEMAND:   ☒ Yes   ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE | DOCKET NUMBER |
|---|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 06/25/2025 | |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| JONI GARDNER | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | NO. |
| Defendant. | | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.        ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.        ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.        ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)        ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    ( x )

| | | |
|---|---|---|
| 06/25/2025 | | JONI GARDNER |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-432-8829 | 267-247-3098 | abarrist@barristfirm.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

10/2024

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: Manor Township, Lancaster County, PA _____

---

***RELATED CASE IF ANY:*** Case Number:_____ Judge:_____

1. Does this case involve property included in an earlier numbered suit?                    Yes ☐

2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?    Yes ☐

3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?    Yes ☐

4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?    Yes ☐

5. Is this case related to an earlier numbered suit even though none of the above categories apply?    Yes ☐
   If yes, attach an explanation.

I certify that, to the best of my knowledge and belief, the within case ☐ is / ☒ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

**A.** *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Wage and Hour Class Action/Collective Action
- ☐ 6. Patent
- ☐ 7. Copyright/Trademark
- ☐ 8. Employment
- ☐ 9. Labor-Management Relations
- ☐ 10. Civil Rights
- ☐ 11. Habeas Corpus
- ☐ 12. Securities Cases
- ☐ 13. Social Security Review Cases
- ☐ 14. Qui Tam Cases
- ☐ 15. Cases Seeking Systemic Relief  **\*see certification below\***
- ☐ 16. All Other Federal Question Cases. *(Please specify)*:_____

**B.** *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☒ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify)*:_____
- ☐ 7. Products Liability
- ☐ 8. All Other Diversity Cases:  *(Please specify)*_____
  _____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☒ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONI GARDNER | : | CIVIL ACTION |
| 3887 Columbia Avenue, Lot 10 | : | |
| Mountville, PA 17554 | : | No._____ |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | |
| One State Farm Plaza | : | |
| Bloomington, IL 61710 | : | |
| | : | |
| Defendant. | : | |
| | : | |

## COMPLAINT

Plaintiff, Joni Gardner ("Ms. Gardner" or "Plaintiff"), through her undersigned attorney, brings the following Complaint against the above-captioned Defendant.

## PARTIES

1. Plaintiff is an adult individual, citizen, resident and domiciliary of the Commonwealth of Pennsylvania, with a home address of 3887 Columbia Avenue, Lot 10, Mountville, PA 17554.

2. Defendant, State Farm Mutual Automobile Insurance Company ("State Farm" or "Defendant"), is, upon information and belief, a corporation, partnership or other business entity with a place of incorporation of, principal place of business and citizenship of One State Farm Plaza, Bloomington, IL 61710.

## JURISDICTION AND VENUE

3.  Jurisdiction is conferred pursuant to 28 U.S.C §1332 as Plaintiff is a citizen, resident and domiciliary of the Commonwealth of Pennsylvania and Defendant is a corporation, partnership or other business entity with a place of incorporation, principal place of business of and citizenship of the State of Illinois.

4.  There is, therefore, complete diversity between all Plaintiffs and all Defendants.

5.  The amount in controversy exceeds the sum of $75,000.00, exclusive of interest, fees and costs.

6.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) and (2), as the personal injuries that are the subject of this litigation occurred in Lancaster County, PA, within this District.

## FACTS

7.  On December 6, 2023, Ms. Gardner was severely injured when Katharine Roda ("Ms. Roda") negligently disregarded a stop sign on Weaver Road and struck Ms. Gardner's vehicle while she was traveling straight on Donnerville Road in Manor Township, Lancaster County, PA.

8.  Ms. Roda/her vehicle were insured by Nationwide Insurance at the time of the collision.

9.  Ms. Gardner's first-party auto policy through State Farm, policy (Policy # 520 3137-C12-38C), along with the State Farm policies of her father, Robert Gardner (of which Ms. Gardner is a third-party beneficiary), carry combined full-tort Underinsured Motorist ("UIM") stacked limits of $200,000.00/$400,000.00. A true and correct copy of the State Farm Insurance Declarations Pages and accompanying clarification from State Farm

2

adjuster, David Carrell, is attached hereto, incorporated herein and marked as Exhibit "A."

10. Prior to the institution of this suit, Ms. Gardner accepted an offer of a full tender of Ms. Roda's $50,000.00 third-party bodily injury insurance limits through Nationwide Insurance.

11. Such third-party resolution was expressly sanctioned/approved by State Farm, for the purposes of Ms. Gardner maintaining all of her rights to pursue an underinsured motorist claim, as set forth below. A true and correct copy of the May 21, 2025 letter from State Farm, approving of the underlying third-party bodily injury settlement, is attached hereto, incorporated herein, and marked as Exhibit "B."

12. Ms. Gardner was neither charged nor deemed at fault for her role in the subject collision.

13. Ms. Roda was deemed at-fault in the subject collision and was charged with a violation of 75 Pa.C.S.A. §3323 by the responding Manor Township Police Department.

14. Such violent collision caused Ms. Gardner to **a)** sustain the permanent injuries described below, that have caused her body to not heal or function normally with further medical treatment; and **b)** suffer significant financial harm.

15. As the direct and proximate cause of Ms. Roda's negligence as stated above, Ms. Gardner has suffered severe permanent physical injury and financial loss.

16. The injuries that Ms. Gardner has sustained are permanent in nature. Ms. Gardner has suffered great physical and mental pain and anguish, and in all reasonable probability, will continue to suffer in this manner for a long time in the future, if not for the balance of her natural life.

17. As a further result of the above negligent acts committed by Ms. Roda, Ms. Gardner has incurred and will continue to incur substantial medical expenses for medical care and attention and will continue to incur additional medical expenses into the foreseeable

3

future.

18. In addition, Ms. Gardner has suffered other economic injury and will likely continue to suffer such economic injury.

19. Ms. Roda operated her vehicle in such a careless and/or negligent manner as to have caused the aforesaid collision to occur.

20. Ms. Roda had a duty to Ms. Gardner to not operate her vehicle in such a careless and/or negligent manner.

21. Ms. Roda breached said duty, as set forth below.

22. As a direct and proximate result of the aforesaid acts, omissions, carelessness, and/or negligence on the part of Ms. Roda, Ms. Gardner suffered severe personal injuries; has been and will be in the future, made to endure great pain and suffering, both physical and mental in nature, has been and will be in the future required to expend great sums of money for medical services; has been and will be in the future prevented from attending to her regular activities, duties and responsibilities; has been and will in the future be made to suffer lost earnings and other pecuniary loss.

23. The aforesaid accident was caused by the negligence and/or carelessness of Ms. Roda, because she:

    a.  Failed to keep her vehicle under control at all relevant times;

    b.  Was driving at an excessive speed under the circumstances;

    c.  Violated the Assured Clear Distance Ahead Rule;

    d.  Disregarded traffic signals and signs;

    e.  Failed to keep a proper lookout;

    f.  Violently struck Plaintiff's vehicle;

    g.  Was driving in distracted fashion;

    h.  Caused a violent collision to take place; and

    i.  Otherwise failed to exercise due care under the circumstances.

24. As the result of the above-referenced accident, Ms. Gardner suffered painful and serious injuries, including, but not limited to:

    a.  disc bulges/ protrusions at L3-L4, L4-L5 and L5-S1, causing radiculopathy and pain so severe that she was forced to undergo lumbar spinal fusion surgery – L5-S1 anterior lumbar diskectomy with interbody arthrodesis, insertion of biomechanical device and L5-S1 posterior nonsegmental instrumentation;

    b.  radiculopathy;

    c.  cervicalgia;

    d.  nerve damage throughout her body;

    e.  strains, sprains, disc bulges and disc herniations throughout her body, the extent of which is presently unknown;

    f.  torn ligaments and tendons throughout her body, the extent of which is presently unknown;

    g.  head injuries, the extent of which is presently unknown; and

    h.  emotional harm, the extent of which is presently unknown.

25. As a result of such accident, Ms. Gardner has incurred medical expenses and will continue to incur said medical expenses for an indefinite time into the future.

26. As a result of such accident, Ms. Gardner suffered grievous pain and suffering and may continue to suffer same for an indefinite time into the future.

27. As a further result of such accident, Ms. Gardner has suffered and will continue to suffer a

loss of life's pleasures.

## <u>COUNT ONE – BAD FAITH</u>

28. Plaintiff incorporates, by reference, the foregoing paragraphs, as though set forth fully herein.

29. Ms. Gardner was an "insured" of State Farm, within the meaning of 42 Pa.C.S.A. §8371, which statute imposes a duty upon an insurance company to act in good faith in dealing with Ms. Gardner, including but not limited to the handling of her underinsured motorist claim.

30. State Farm's duty to act in good faith included, without limitation, the obligation to act with reasonable promptness in evaluating and responding to Ms. Gardner's claims and with reasonable fairness.

31. In view of the foregoing, State Farm acted in bad faith as follows:

    a. Failure to make *any* settlement offer after having been presented with full and complete documentary proof of 1) the extent of Ms. Gardner's collision-related injuries which included a highly invasive spinal surgery; 2) Ms. Gardner's full-tort status; 3) the clear liability on the part of the tortfeasor; and 4) the extent of the tortfeasor's bodily injury insurance limits and that such limits had been tendered[1];

    b. Failure to properly investigate Ms. Gardner's claim;

---

[1] Plaintiff provided the State Farm UIM adjuster, David Carrell ("Mr. Carrell") with a highly-detailed, 659-page fully indexed Settlement Memorandum and Demand on May 21, 2025. Thereafter, counsel for Plaintiff made various phone calls to Mr. Carrell inquiring as to the status of his evaluation of the claim, that went unreturned. Finally, on June 25, 2025, the day before the within suit was filed, Mr. Carrell advised that State Farm was not in a position to make any offer at that time and required additional documentation before making any offer. Given the extent of Ms. Gardner's collision-related injuries which included a highly invasive spinal surgery, Ms. Gardner's full-tort status, the clear liability on the part of the tortfeasor and the extent of the tortfeasor's bodily injury insurance limits and that such limits had been tendered, it became apparent at that point that State Farm did not intend to evaluate Plaintiff's UIM claims in good faith. As of the date of the filing of this suit, State Farm's UIM offer to Plaintiff, its insured, was zero.

c.   Failure to properly consider evidence supplied by Ms. Gardner and her counsel in support of her claim;

d.   Causing Ms. Gardner to suffer undue hardship as a result of wanton and arbitrary claims-handling practices;

e.   Willfully neglecting to consider or process evidence in an effort to save from paying Ms. Gardner the benefits to which she was legally entitled;

f.   Adopting a company practice of intentionally undervaluing underinsured motorist claims and delaying paying said claims for an unreasonable period of time;

g.   Delaying and refusing to pay Ms. Gardner's claim despite having no medical or legal reason not to;

h.   Forcing Ms. Gardner to file suit to recover UIM benefits owing to her;

i.   Failing to make reasonable and fair offers of settlement of Ms. Gardner's UIM claim;

j.   Making representations that were unreasonable in light of the facts and circumstances surrounding Ms. Gardner's claims;

k.   Making no offers of settlement, in unfair and unreasonable fashion, in light of the injuries and losses sustained by Ms. Gardner as a result of the collision;

l.   Breaching covenants of good faith and fair dealing;

m.   Failing to pay all sums of money owed to Ms. Gardner;

n.   Causing Ms. Gardner unnecessary and undue hardships;

o.   Engaging in unfair settlement negotiations with their insured;

p.   Maintaining positions contrary to the policy, facts and evidence; and

q.   Committing various violations of the Pennsylvania's Unfair Insurance Practices

Act, 40 P.S. §1171.1 et seq. and related regulations including but not limited to The

Unfair Claim Settlement Practices Regulations, 31 §146.1 et seq.

32. State Farm's actions have been in reckless disregard of Ms. Gardner's rights, and have

been willful, wanton and outrageous.

**WHEREFORE**, Plaintiff, Joni Gardner, demands judgment against the Defendant, State

Farm, in an amount in excess of $150,000.00, for any and all damages provided under 42 Pa.C.S.A.

§8371, including without limitation to, punitive damages, costs, fees and whatever additional relief

that this Honorable Court deems just and appropriate.

## <u>COUNT TWO – BREACH OF CONTRACT</u>

33. Plaintiff incorporates, by reference, the foregoing paragraphs, as though set forth fully

herein.

34. In accordance with a) the policy of insurance (Policy # 520 3137-C12-38C); and b) Robert

Gardner's State Farm policies of insurance, of which Ms. Gardner is a third-party

beneficiary, and which Ms. Gardner and State Farm entered into, for valuable

consideration, Ms. Gardner made a claim for benefits under the policies at issue.

35. Upon information and belief, State Farm improperly, unjustifiably and unconscionably

attempted to deny benefits due and/or failed to timely pay benefits due under the policies

pursuant to a bias.

36. State Farm misrepresented and deliberately under-evaluated Ms. Gardner's UIM claim.

37. State Farm has refused and failed to pay the reasonable value of Ms. Gardner's UIM claim.

38. State Farm has wrongfully withheld benefits owed to Ms. Gardner pursuant to the policies.

39. State Farm did so by knowingly evaluating its financial interests above the interests of its

insured.

40. As a further consequence of State Farm's breach of the Insurance Policy, State Farm has been unjustifiably enriched to the detriment of Ms. Gardner.

41. As a further consequence of State Farm's breach of the Insurance Policy, Ms. Gardner has suffered losses, including but not limited to loss of use of benefits payable.

42. The actions of State Farm described in this Complaint represent a breach of contract.

43. As a result of State Farm's actions as described, they breached their obligation of good faith and fair dealing.

44. Ms. Gardner had been damaged in a sum not yet fully determined, but in any event to be proved at the time of trial.

45. Ms. Gardner is not in possession of the subject contracts governing her insurance coverage with State Farm and is therefore unable to attach them to this Complaint. However, State Farm is in possession of the same and is on notice of the contractual provisions that Ms. Gardner alleges have been breached.

**WHEREFORE**, Plaintiff, Joni Gardner, demands judgment against the Defendant, State Farm, in an amount in excess of $150,000.00, plus costs, fees and whatever additional relief that this Honorable Court deems just and appropriate.

**THE BARRIST FIRM, LLC**

Adam S. Barrist, Esq.
THE BARRIST FIRM, LLC
P.O. Box 1820
Media, PA 19063

Attorney for Plaintiff

Date:  June 26, 2025

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONI GARDNER | : CIVIL ACTION |
| 3887 Columbia Avenue, Lot 10 | : |
| Mountville, PA 17554 | : No._____ |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| STATE FARM MUTUAL AUTOMOBILE | : |
| INSURANCE COMPANY | : |
| One State Farm Plaza | : |
| Bloomington, IL 61710 | : |
| | : |
| Defendant. | : |
| | : |

## <u>JURY DEMAND</u>

Plaintiff, Joni Gardner, hereby demands a trial by twelve (12) jurors.


Respectfully submitted,

**THE BARRIST FIRM, LLC**

Adam S. Barrist, Esq.
THE BARRIST FIRM, LLC
P.O. Box 1820
Media, PA 19063

Attorney for Plaintiff


Date:  June 26, 2025

11

# EXHIBIT "A"

**Tuesday, June 24, 2025 at 3:28:10 PM Eastern Daylight Time**

---

**Subject:** 38-61D1-78W
**Date:** Tuesday, June 24, 2025 at 1:39:48 PM Eastern Daylight Time
**From:** HOME CLMS-STATEFARMCLAIMS
**To:** Adam Barrist
**Attachments:** chrome-extension___mhjfbmdgcfjbbpaeojofohoefgiehjai_edge_pdf_index.pdf

RE: Claim Number: 38-61D1-78W
Date of Loss: December 6, 2023
Our Insured: Robert Gardner
Your Client(s): Joni Gardner

Mr. Barrist:

See attached documenting the UIM coverage. There is a total of $200,000 available. There was a total of 8 vehicles insured with State Farm on the date of the loss. Each vehicle carried stacking UIM of 25/50. Please contact me if this is not your understanding of the number of vehicles in the household or the amount of UIM coverage that is available. Also note there is not a tort form on file for the policy covering the vehicle in the loss, so your client is deemed to be full tort.

I am working on the evaluation of the UIM claim and expect to have it completed this week.

Please call me with any questions.

David Carrell
Injury Claim Specialist
State Farm Insurance
Phone: (610) 361-4985
Fax: (855) 820-6318

Email: StateFarmClaims@StateFarm.com

**State Farm Mutual Automobile Insurance Company**
PO Box 2358
Bloomington IL 61702-2358

## DECLARATIONS PAGE

| NAIC# | 25178 | | PAGE 1 OF 2 |
|---|---|---|---|

| POLICY NUMBER | 520 3137-C12-38C |
|---|---|
| POLICY PERIOD<br>12:01 A.M. Standard Time | AUG 06 2023 to MAR 12 2024 |

NAMED INSURED
AT2
003402 0058    38-342C-1 A    A

GARDNER, ROBERT
3887 COLUMBIA AVE
MOUNTVILLE PA  17554-1820



STATE FARM PAYMENT PLAN NUMBER
1272548013

AGENT

S KELLEHER INS AND FIN SVC INC
1353 FRUITVILLE PIKE
LANCASTER, PA 17601-4266

PHONE: (717)947-4266

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSE D.**

### YOUR CAR

| VEHICLE | YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|---|
| 1 | 1995 | CADILLAC | FLEETWOOD | 4DR | 1G6DW52P3SR710728 | 6030405000 |
| 3 | 2017 | CADILLAC | CT6 | 4DR | 1G6KF5RS4HU137572 | 6030605000 |
| 4 | 2020 | FORD | ESCAPE | SPORT WG | 1FMCU9G64LUB55501 | 603H405000 |

| SYMBOLS | COVERAGE & LIMITS | | PREMIUMS | |
|---|---|---|---|---|
| | | 1995<br>CADILLAC | 2017<br>CADILLAC | 2020<br>FORD |
| A | Liability Coverage | $146.52 | $181.00 | $140.22 |
| | Bodily Injury Limits | | | |
| | Each Person,   Each Accident | | | |
| | $100,000      $300,000 | | | |
| | Property Damage Limit | | | |
| | Each Accident | | | |
| | $50,000 | | | |
| C2 | Medical Payments Coverage | $11.02 | $17.31 | $10.63 |
| | Limit - Each Person | | | |
| | $5,000 | | | |
| D | Comprehensive Coverage | $86.50 | $105.41 | $73.49 |
| G | Collision Coverage - $100 Deductible | $195.74 | $453.80 | $239.44 |
| R1 | Car Rental and Travel Expenses Coverage | | $23.39 | $25.14 |
| | Limit - Car Rental Expense | | | |
| | Each Day,      Each Loss | | | |
| | 80%          $1,000 | | | |
| U | Uninsured Motor Vehicle Coverage | $3.15 | $3.76 | $3.15 |
| | Bodily Injury Limits | | | |
| | Each Person,   Each Accident | | | |
| | $25,000      $50,000 | | | |
| W | Underinsured Motor Vehicle Coverage | $15.05 | $17.94 | $15.05 |
| | Bodily Injury Limits | | | |
| | Each Person,   Each Accident | | | |
| | $25,000      $50,000 | | | |
| | **Total Premium Per Vehicle** | $457.98 | $802.61 | $507.12 |

| **Total premium for AUG 06 2023 to MAR 12 2024.** | This is not a bill. |
|---|---|

CONTINUED

See Reverse Side

05947/03157
120333.4 12-24-2014 (o1a025ie)
I1MX0N    (o1a025ee)

ST-67
0104-0302

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

Secretary

President

B10

**State Farm Mutual Automobile Insurance Company**
*PO Box 2358*
*Bloomington IL 61702-2358*

181741-A                    MUTL   VO

## DECLARATIONS PAGE

| NAIC# | 25178 | **PAGE 2 OF 2** |
|---|---|---|

NAMED INSURED   003402 0058          38-342C-1  A       A

GARDNER, ROBERT
3887 COLUMBIA AVE
MOUNTVILLE PA  17554-1820

| POLICY NUMBER | 520 3137-C12-38C |
|---|---|
| POLICY PERIOD | AUG 06 2023 to MAR 12 2024 |
| 12:01 A.M. Standard Time | |

STATE FARM PAYMENT PLAN NUMBER
1272548013

ST-67
0204-0302

---

**IMPORTANT MESSAGES**

Replaced policy number 5203137-38B.

**Your total renewal premium for SEP 12 2023 to MAR 12 2024 is $1,496.21.**

**\* The total premium listed above reflects a recent change to your policy and the 6 month renewal premium.**
Vehicle 1 $388.61, Vehicle 3 $678.54, Vehicle 4 $429.06.

State Farm works hard to offer you the best combination of price, service, and protection.   The amount you pay for automobile
insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your
car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using
a current credit-based insurance score. The resulting impact due to the credit portion of the re-rated insurance score
will not increase your premium; however, your overall premium may decrease, remain the same, or increase due to other
factors impacting your total premium.

---

**EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.)**

```
YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9838A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
CAR 4 6097BU LEASED MOTOR VEHICLES (LESSOR AS ADDITIONAL INSURED AND LOSS
PAYEE)-CAB EAST LLC, PO BOX 390858, MINNEAPOLIS MN 55439-0858.
CAR 1,3,4
6126LN    AMENDATORY ENDORSEMENT.
6126MT    AMENDATORY ENDORSEMENT.
6126MV    AMENDATORY ENDORSEMENT.
6128DM    AMENDATORY ENDORSEMENT.
6938A.1   AMENDATORY ENDORSEMENT.
THIS POLICY PROVIDES LIMITED TORT OPTION.
```

| Agent: | S KELLEHER INS AND FIN SVC INC |
|---|---|
| Telephone: | (717)947-4266 |
| Prepared | SEP 07 2023      342C-C02 |

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

Secretary                                President

# 6126LN AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

## 1. THIS POLICY

The following is added (this replaces item 1. of endorsement (6938A.1):

5. *Your* purchase of this policy may allow:

a. *you* to purchase or obtain certain coverages, coverage options, coverage deductibles, coverage limits, or coverage terms on other products from the *State Farm Companies*, subject to their applicable eligibility rules; or

b. the premium or price for other: (1) insurance; (2) financial; (3) vehicle; (4) home; (5) electronic; or (6) travel products or services purchased by *you*, including non-insurance products or services, to vary. Such other products or services must be provided by the *State Farm Companies* or by an organization that has entered into an agreement or contract with the *State Farm Companies*. The *State Farm Companies* do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

## 2. LIABILITY COVERAGE

**Insuring Agreement** and **Supplementary Payments** are replaced by the following:

**Insuring Agreement**

1. *We* will pay damages an *insured* becomes legally liable to pay because of:

a. *bodily injury* to others; and

b. damage to property

caused by an accident that involves a vehicle for which that *insured* is provided Liability Coverage by this endorsement.

2. *We* have the right to:

a. investigate, negotiate, and settle any claim or lawsuit;

b. defend an *insured* in any claim or lawsuit, with attorney's chosen by *us*; and

c. appeal any award or legal decision for damages payable under this policy's applicable Liability Coverage.

**Supplementary Payments**

*We* will pay, in addition to the damages described in the **Insuring Agreement** of this policy's Liability Coverage, these items listed below that result from such accident:

1. Attorney fees for attorneys chosen by *us* to defend an *insured* who is sued for such damages. *We* have no duty to pay attorney fees incurred after *we* deposit in court or pay the amount due under the **Insuring Agreement** of this policy's Liability Coverage.

2. Court costs awarded by the court against an *insured* and resulting from that part of the lawsuit:

a. that seeks damages payable under this policy's Liability Coverage; and

b. against which *we* defend an *insured* with attorney's chosen by *us*.

*We* have no duty to pay court costs incurred after *we* deposit in court or pay the amount due under the **Insuring Agreement** of this policy's Liability Coverage.

©, Copyright, State Farm Mutual Automobile Insurance Company; 2011

6126LN

2009V4600
4P1S

---

3. Interest the *insured* is legally liable to pay on damages payable under the **Insuring Agreement** of this policy's Liability Coverage:

a. before a judgment, but only the interest on the lesser of:

(1) that part of the damages *we* pay; or

(2) this policy's applicable Liability Coverage limit; and

b. after a judgment.

4. Premiums for bonds, provided by a company chosen by *us*, required to appeal a decision in a lawsuit against an *insured*. *We* have no duty to:

a. pay for any bond with a face amount that exceeds this policy's applicable Liability Coverage limit;

b. furnish or apply for any bonds; or

c. pay premiums for bonds purchased after *we* deposit in court, pay, or offer to pay, the amount due under the **Insuring Agreement** of this policy's Liability Coverage; and

5. The following costs and expenses if related to and incurred after a lawsuit has been filed against an *insured*:

a. Loss of wages or salary, but not other income, up to $200 for each day an *insured* attends, at *our* request: (1) an arbitration; (2) a mediation; or (3) a trial of a lawsuit; and

b. Reasonable expenses incurred by an *insured* at *our* request other than

loss of wages, salary, or other income.

The amount of any of the costs or expenses listed above that are incurred by an *insured* must be reported to *us* before we will pay such incurred costs or expenses.

## 3. GENERAL TERMS

a. The following is added to 2. **Where Coverage Applies.**

Death, Dismemberment and Loss of Sight Coverage applies worldwide.

b. The following is added (this replaces item 5.a. of endorsement (6939A.1):

**Limited Coverage in Mexico**

This policy does not provide Mexican auto insurance and does not comply with Mexican auto insurance requirements. If *you* or any other *insured* plan to drive in Mexico, then auto insurance providing coverage in Mexico should be purchased from a Mexican insurance company.

Subject to the above paragraph, the following coverages apply in Mexico, but only for accidents and *losses* that occur in Mexico within 50 miles of the United States of America border and only for *insureds* as defined under each of the following coverages:

a. Liability Coverage

b. **Medical Payments Coverage; Extraordinary Medical Payments Coverage; Loss of Income Coverage; Funeral Benefits Coverage**

c. **Physical Damage Coverages**

Any amount payable for the repair or replacement of the *covered vehicle* under this policy will be limited to the cost to repair or replace the *covered vehicle* in the United States of America.

©, Copyright, State Farm Mutual Automobile Insurance Company; 2011

6126LN

05949/03157
ED1

All other policy provisions not in conflict with the provisions in this **Limited Coverage in Mexico** provision of this policy apply.

c. Item c. of 5. **Premium** is changed to read:

c. The premium for this policy may vary based upon:

(1) the purchase of other products or services from the **State Farm Companies**;

(2) the purchase of products or services from an organization that has entered into an agreement or contract with the **State Farm Companies**. The **State Farm Companies** do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization; or

(3) an agreement, concerning the insurance provided by this policy, that the **State Farm Companies** has with an organization of which **you** are a member, employee, subscriber, licensee, or franchisee.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2011

6126LN

# 6126MT AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

**THIS POLICY**

The following has been added to item 5.:

**Your** purchase of this policy may allow **you** to purchase an excess and surplus lines policy from the **State Farm Companies**, subject to applicable eligibility rules.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016

6126MT

05949/03157



# 6126MV AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

## 1. LIABILITY COVERAGE

**If Other Liability Coverage Applies**

The following is added to item 2:

The Liability Coverage provided by this policy applies as primary coverage for the use of a motor vehicle loaned to *you* by a motor vehicle dealer while *your car* is being:

1. transported;
2. serviced;
3. repaired; or
4. inspected

by that motor vehicle dealer. Such motor vehicle must be loaned to *you* without financial remuneration in the form of a fee, rental charge, or lease charge paid directly by *you*.

## 2. PHYSICAL DAMAGE COVERAGES

**If Other Physical Damage Coverage or Similar Coverage Applies**

The following is added to item 3:

The Comprehensive Coverage and the Collision Coverage provided by this policy apply as primary coverage for a *loss* to a motor vehicle loaned to *you* by a motor vehicle dealer while *your car* is being:

1. transported;
2. serviced;
3. repaired; or
4. inspected

by that motor vehicle dealer. Such motor vehicle must be loaned to *you* without financial remuneration in the form of a fee, rental charge, or lease charge paid directly by *you*.

Page 1 of 1

6126MV

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016

20037690
4F4.5

---

# 6938A.1 AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

## 1. THIS POLICY

The following is added:

5. *Your* purchase of this policy may allow *you* to purchase certain coverages, coverage options, coverage deductibles, or coverage limits, or coverage terms on all policies subject to their applicable eligibility rules.

   a. *State Farm Companies* is changed to read:

   *State Farm Companies* means one or more of the following:
   1. State Farm Mutual Automobile Insurance Company;
   2. State Farm Fire and Casualty Company; and
   3. Subsidiaries or affiliates of either 1. or 2. above.

## 2. DEFINITIONS

*Serious injury* is changed by deleting item 1.e. and adding the following:

4. An individual otherwise bound by the limited tort election shall retain full tort rights if injured while an occupant of a private passenger motor vehicle if that vehicle is described on a policy under which full tort rights were elected and that individual is:

   a. residing in the household of any individual identified by name as an insured under that policy; and

   b. either:
   (1) a spouse or other relative of any individual identified by name as an insured under that policy; or
   (2) a minor in the custody of either such named insured or relative of such named insured.

   c. The exception to exclusion 11. is changed to read:
      This exception does not apply to damage to a:
      a. motor vehicle *owned by* the employer of *you* or any *resident relative* if such damage is caused by an *insured* while operating another motor vehicle;

## 3. LIABILITY COVERAGE

**Exclusions**

a. Exclusion 2. is deleted

b. The exception to exclusion 8. is changed to read:
   This exception does not apply to:
   a. *you*,
   b. any *resident relative*; or
   c. any agent, employee, or business partner of a. or b. above while maintaining or using *your car*, a *newly acquired car*, a *temporary substitute car*, a *trailer owned by you*,

Page 1 of 2

6938A.1

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008

05950/03157
ED1

PLEASE ATTACH TO YOUR POLICY BOOKLET

b. residence while rented to or leased to an *insured*, or

c. private garage while rented to or leased to an *insured*.

**4. UNINSURED MOTOR VEHICLE COVERAGES — Coverages U and U3**

**Additional Definitions — Coverages U and U3**

Item 2. under "*Uninsured Motor Vehicle*" means a land motor vehicle:" is changed to read:

2. the owner and driver of which remain unknown and which causes *bodily injury* to the *insured*.

**5. GENERAL TERMS**

a. The following is added to 2. **Where Coverage Applies**:

The following is added to 2. **Where Coverage Applies**:

Liability Coverage, Medical Payments Coverage, Extraordinary Medical Payments Coverage, Loss of Income Coverage, Funeral Benefits Coverage, and Physical Damage Coverages also apply in United States of America border, United States of America border, in Mexico is determined on the basis of cost at the nearest United States of America point.

Death, Dismemberment and Loss of Sight Coverage applies anywhere in the world.

b. The following is added to 4. **Changes to This Policy**:

d. **Change of Policy Address**

*We* may change the named insured's policy address as shown on the Declarations Page and in *our* records to the most recent address provided to *us* by:

(1) *you*, or

(2) the United States Postal Service.

c. **7. Nonrenewal** is changed to read:

**7. Nonrenewal**

If *we* decide not to renew this policy:

a. because a named insured's driver's license or motor vehicle registration has been under suspension or revocation during the policy period, then at least 15 days before the end of the current policy period, or

b. for any other reason, then at least 60 days before the end of the current policy period

we will mail or deliver a nonrenewal notice to the most recent policy address that we have on record for the named insured who is shown on the Declarations Page. The mailing of the notice will be sufficient proof of notice.

d. The first sentence of b. **How and When We May Cancel** of 8. **Cancellation** is changed to read:

*We* may cancel this policy by mailing or delivering a written notice to the most recent policy address that we have on record for the named insured who is shown on the Declarations Page.

e. Item b. of 13. **Legal Action Against Us** is deleted.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008

6938A.1

05950/03157



**State Farm Mutual Automobile Insurance Company**
**State Farm Fire and Casualty Company**

# UNDERINSURED COVERAGE LIMITS

Pennsylvania law requires that no motor vehicle liability insurance policy shall be delivered or issued for delivery unless coverage has been made available for bodily injury for persons who are legally entitled to recover damages from owners or operators of underinsured motor vehicles. Underinsured Motorist Coverage is called Underinsured Motor Vehicle Coverages in your State Farm® Policy.

Underinsured Motor Vehicle Coverages — Coverage W (Stacking Option) and Coverage W3 (Non-Stacking Option) are available with limits up to the Liability Coverage limits for bodily injury. Coverage W or W3 will be written at the Liability Coverage limits for bodily injury unless a named insured selects lower limits or rejects the coverage entirely. (Minimum limits are the financial responsibility limits for bodily injury liability.)

**I acknowledge and agree that I have been given the opportunity to purchase Underinsured Motor Vehicle Coverage with limits up to my Liability Coverage limits for bodily injury but instead I select lower limits of** $ **25,000** / $ **50,000**
**in lieu of the higher limits made available to me.**

                                                         Each Person                  Each Accident

DocuSigned by:

*ROBERT GARDNER*

CFE35E5F50BD49B...
Signature of a Named Insured

7/19/2022
Date (MM/DD/YYYY)

---

**FOR COMPANY USE ONLY**

**GARDNER,ROBERT**
Named Insured(s)/Applicant(s) (as appearing on the application or policy)

**520 3137-C12-38B**
Application/Policy number

**38-342C**
Agent code



**State Farm Mutual Automobile Insurance Company**
**State Farm Fire and Casualty Company**

# UNINSURED COVERAGE LIMITS

Pennsylvania law requires that no motor vehicle liability insurance policy shall be delivered or issued for delivery unless coverage has been made available for bodily injury for persons who are legally entitled to recover damages from owners or operators of uninsured motor vehicles. Uninsured Motorist Coverage is called Uninsured Motor Vehicle Coverages in your State Farm® Policy.

Uninsured Motor Vehicle Coverages — Coverage U (Stacking Option) and Coverage U3 (Non-Stacking Option) are available with limits up to the Liability Coverage limits for bodily injury. Coverage U or U3 will be written at the Liability Coverage limits for bodily injury unless a named insured selects lower limits or rejects the coverage entirely. (Minimum limits are the financial responsibility limits for bodily injury liability).

**I acknowledge and agree that I have been given the opportunity to purchase Uninsured Motor Vehicle Coverage with limits up to my Liability Coverage limits for bodily injury but instead I select lower limits of** $ __25,000__ / $ __50,000__
**in lieu of the higher limits made available to me.**                                    Each Person                  Each Accident

DocuSigned by:

*ROBERT GARDNER*
C0E72BF6F509D496
Signature of a Named Insured

__7/19/2022__
Date (MM/DD/YYYY)

---

**FOR COMPANY USE ONLY**

**GARDNER,ROBERT**
Named Insured(s)/Applicant(s) (as appearing on the application or policy)

**520 3137-C12-38B**                                          **38-342C**
Application/Policy number                                    Agent code



**State Farm Mutual Automobile Insurance Company**
*PO Box 2358*
*Bloomington IL 61702-2358*

46989.1-P

MHTL VOL

## DECLARATIONS PAGE

NAIC#  25178     PAGE 1 OF 2

| POLICY NUMBER | 285 2656-D29-38J |
|---|---|
| POLICY PERIOD<br>12:01 A.M. Standard Time | APR 29 2023 to OCT 29 2023 |

NAMED INSURED
AT2
   003347  0058     38-342C-1  P     A

GARDNER, ROBERT
3887 COLUMBIA AVE
MOUNTVILLE PA  17554-1820

STATE FARM PAYMENT PLAN NUMBER
  1272548013

AGENT

SEAN KELLEHER
1353 FRUITVILLE PIKE
LANCASTER, PA 17601-4001

PHONE: (717)947-4266

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSE D.**

### YOUR CAR

| VEHICLE | YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|---|
| 1 | 1998 | CADILLAC | DEVILLE | 4DR | 1GEEH90Y1WU550552 | 6030305000 |
| 2 | 1990 | CADILLAC | BROUGHAM | 4DR | 1G6DW5475LR731448 | 6030405000 |
| 3 | 1985 | CADILLAC | FLEETWOOD | 2DR | 1G6DW478XF9740102 | 6030405000 |
| 4 | 1978 | CADILLAC | ELDORADO | 2DR | 6L47S8Q117436 | 6030305000 |

| SYMBOLS | COVERAGE & LIMITS | | PREMIUMS | | | |
|---|---|---|---|---|---|---|
| | | | 1998<br>CADILLAC | 1990<br>CADILLAC | 1985<br>CADILLAC | 1978<br>CADILLAC |
| A | Liability Coverage | | $112.40 | $107.46 | $105.52 | $115.81 |
| | Bodily Injury Limits | | | | | |
| | Each Person,  Each Accident | | | | | |
| | $100,000      $300,000 | | | | | |
| | Property Damage Limit | | | | | |
| | Each Accident | | | | | |
| | $50,000 | | | | | |
| C2 | Medical Payments Coverage | | $9.74 | $9.92 | $11.40 | $12.66 |
| | Limit - Each Person | | | | | |
| | $5,000 | | | | | |
| D | Comprehensive Coverage | | $19.14 | $53.49 | $47.83 | $33.63 |
| G | Collision Coverage - $100 Deductible | | $57.39 | | $101.71 | $87.11 |
| R1 | Car Rental and Travel Expenses Coverage | | $10.01 | $10.01 | $10.01 | $10.01 |
| | Limit - Car Rental Expense | | | | | |
| | Each Day,      Each Loss | | | | | |
| | 80%            $1,000 | | | | | |
| U | Uninsured Motor Vehicle Coverage | | $2.30 | $1.87 | $2.88 | $2.88 |
| | Bodily Injury Limits | | | | | |
| | Each Person,  Each Accident | | | | | |
| | $25,000       $50,000 | | | | | |
| W | Underinsured Motor Vehicle Coverage | | $13.08 | $10.63 | $16.36 | $16.36 |
| | Bodily Injury Limits | | | | | |
| | Each Person,  Each Accident | | | | | |
| | $25,000       $50,000 | | | | | |
| | **Total Premium Per Vehicle** | | $224.06 | $193.38 | $295.71 | $278.46 |

| **Total premium for APR 29 2023 to OCT 29 2023.** | This is not a bill. |
|---|---|

### IMPORTANT MESSAGES

Replaced policy number 2852656-38I.

State Farm works hard to offer you the best combination of price, service, and protection.    The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. The resulting impact due to the credit portion of the re-rated insurance score will not increase your premium; however, your overall premium may decrease, remain the same, or increase due to other factors impacting your total premium.

CONTINUED

See Reverse Side

ST-38
0104-4106

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

Secretary

President

B10

**State Farm Mutual Automobile Insurance Company**
PO Box 2358
Bloomington IL 61702-2358

46989.1-P

MHTL   VOL

**DECLARATIONS PAGE**

| NAIC# | 25178 | **PAGE 2 OF 2** |
|---|---|---|

| POLICY NUMBER | 285 2656-D29-38J |
|---|---|
| POLICY PERIOD<br>12:01 A.M. Standard Time | APR 29 2023 to OCT 29 2023 |

STATE FARM PAYMENT PLAN NUMBER
1272548013

NAMED INSURED   003347  0058       38-342C-1  P       A

GARDNER, ROBERT
3887 COLUMBIA AVE
MOUNTVILLE PA  17554-1820

ST-36
0204-4106

---

**EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.)**

YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9838A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
CAR 1,2,3,4
6126LN     AMENDATORY ENDORSEMENT.
6126MT     AMENDATORY ENDORSEMENT.
6126MV     AMENDATORY ENDORSEMENT.
6128DM     AMENDATORY ENDORSEMENT.
6938A.1    AMENDATORY ENDORSEMENT.
THIS POLICY PROVIDES LIMITED TORT OPTION.

Agent:      SEAN KELLEHER

Telephone: (717)947-4266

Prepared   MAR 22 2023     342C-C02

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

Secretary

President

Policy Number: 285 2656-D29-381
Sheet 1 of 2

PLEASE ATTACH TO YOUR POLICY BOOKLET

# 6126LN AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

1. **THIS POLICY**

   The following is added (this replaces item 1. of endorsement (6938A.1)):

   5. *Your* purchase of this policy may allow:

      a. *you* to purchase or obtain certain coverages, coverage options, coverage limits, or coverage terms on other products from the *State Farm Companies*, subject to their applicable eligibility rules; or

      b. the premium or price for other: (1) insurance; (2) financial; (3) vehicle; (4) home; (5) electronic; or (6) travel products or services purchased by *you*, including non-insurance products or services, to vary. Such other products or services must be provided by the *State Farm Companies* or by an organization that has entered into an agreement or contract with the *State Farm Companies*. The *State Farm Companies* do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

2. **LIABILITY COVERAGE**

   **Insuring Agreement** and **Supplementary Payments** are replaced by the following:

   **Insuring Agreement**

   1. *We* will pay damages an *insured* becomes legally liable to pay because of:
      a. *bodily injury* to others; and
      b. damage to property

   caused by an accident that involves a vehicle for which that *insured* is provided Liability Coverage by this policy.

   2. *We* have the right to:

      a. investigate, negotiate, and settle any claim or lawsuit;

      b. defend an *insured* in any claim or lawsuit, with attorneys chosen by *us*; and

      c. appeal any award or legal decision for damages payable under this policy's Liability Coverage.

   **Supplementary Payments**

   *We* will pay, in addition to the damages described in the **Insuring Agreement** of this policy's Liability Coverage, those items listed below that result from such accident:

   1. Attorney fees for attorneys chosen by *us* to defend an *insured* who is sued for such damages. *We* have no duty to pay attorney fees incurred after *we* deposit in court or pay the amount due under the **Insuring Agreement** of this policy's Liability Coverage;

   2. Court costs awarded by the court against an *insured* and resulting from that part of the lawsuit:

      a. that seeks damages payable under this policy's Liability Coverage; and

      b. against which *we* defend an *insured* with attorneys chosen by *us*.

   *We* have no duty to pay court costs incurred after *we* deposit in court or pay the amount due under the **Insuring Agreement** of this policy's Liability Coverage;

   3. Interest the *insured* is legally liable to pay on damages payable under the **Insuring Agreement** of this policy's Liability Coverage:

      a. before a judgment, but only the interest on:

         (1) that part of the damages *we* pay; or

         (2) this policy's applicable Liability Coverage limit; and

      b. after a judgment.

      *We* have no duty to pay interest that accrues after *we* deposit in court, pay, or offer to pay, the amount due under the **Insuring Agreement** of this policy's Liability Coverage. *We* also have no duty to pay interest that accrues on any damages paid or payable by a party other than the *insured* or *us*;

   4. Premiums for bonds, provided by a company chosen by *us*, required to appeal a decision in a lawsuit against an *insured*. *We* have no duty to:

      a. pay for any bond with a face amount that exceeds this policy's applicable Liability Coverage limit;

      b. furnish or apply for any bonds; or

      c. pay premiums for bonds purchased after *we* deposit in court, pay, or offer to pay, the amount due under the **Insuring Agreement** of this policy's Liability Coverage; and

   5. The following costs and expenses if related to and incurred after a lawsuit has been filed against an *insured*:

      a. Loss of wages or salary, but not other income, up to $200 for each day an *insured* attends, at *our* request: (1) an arbitration; (2) a mediation; or (3) a trial of a lawsuit; and

      b. Reasonable expenses incurred by an *insured* at *our* request other than loss of wages, salary, or other income.

      The amount of any of the costs or expenses listed above that are incurred by an *insured* must be reported to *us* before *we* will pay such incurred costs or expenses.

3. **GENERAL TERMS**

   The following is added to 2. **Where Coverage Applies**:

   a. Death, Dismemberment and Loss of Sight Coverage applies worldwide.

   b. The following is added (this replaces item 5.a of endorsement (6939A.1)):

   **Limited Coverage in Mexico**

   This policy does not provide Mexican auto insurance and does not comply with Mexican auto insurance requirements. If *you* or any other *insured* plan to drive in Mexico, then auto insurance providing coverage in Mexico should be purchased from a Mexican insurance company.

   Subject to the above paragraph, the following coverages apply in Mexico, but only for accidents and *losses* that occur in Mexico within 50 miles of the United States of America border and only for *insureds* as defined under each of the following coverages:

   a. **Liability Coverage**

   b. **Medical Payments Coverage; Extraordinary Medical Payments Coverage; Loss of Income Coverage; and Funeral Benefits Coverage**

   c. **Physical Damage Coverages**

   Any amount payable for the repair or replacement of the *covered vehicle* under this policy will be limited to the cost to repair or replace the *covered vehicle* in the United States of America.

© Copyright, State Farm Mutual Automobile Insurance Company, 2011    6126LN

© Copyright, State Farm Mutual Automobile Insurance Company, 2011    6126LN

07211/03188

All other policy provisions not in conflict with the provisions in this **Limited Coverage in Mexico** provision of this policy apply.

c. Item c. of 5. **Premium** is changed to read:

c. The premium for this policy may vary based upon:

(1) the purchase of other products or services from the **State Farm Companies**;

(2) the purchase of products or services from an organization that has entered into an agreement or contract with the **State Farm Companies**. The **State Farm Companies** do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization; or

(3) an agreement, concerning the insurance provided by this policy, that the **State Farm Companies** has with an organization of which **you** are a member, employee, subscriber, licensee, or franchisee.

6126LN

©, Copyright, State Farm Mutual Automobile Insurance Company, 2011

## 6126MT AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

**THIS POLICY**

The following has been added to item 5.:

**Your** purchase of this policy may allow **you** to purchase an excess and surplus lines policy from the **State Farm Companies**, subject to applicable eligibility rules.

6126MT

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016

Policy Number: 285 2656-D29-381

**PLEASE ATTACH TO YOUR POLICY BOOKLET**

# 6126MV AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

1. **LIABILITY COVERAGE**

    **If Other Liability Coverage Applies**

    The following is added to item 2.:

    The Liability Coverage provided by this policy applies as primary coverage for the use of a motor vehicle loaned to *you* by a motor vehicle dealer while *your car* is being:

    1. transported;
    2. serviced;
    3. repaired; or
    4. inspected

    by that motor vehicle dealer. Such motor vehicle must be loaned to *you* without financial remuneration in the form of a fee, rental charge, or lease charge paid directly by *you*.

2. **PHYSICAL DAMAGE COVERAGES**

    **If Other Physical Damage Coverage or Similar Coverage Applies**

    The following is added to item 3.:

    The Comprehensive Coverage and the Collision Coverage provided by this policy apply as primary coverage for a *loss* to a motor vehicle loaned to *you* by a motor vehicle dealer while *your car* is being:

    1. transported;
    2. serviced;
    3. repaired; or
    4. inspected

    by that motor vehicle dealer. Such motor vehicle must be loaned to *you* without financial remuneration in the form of a fee, rental charge, or lease charge paid directly by *you*.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016

6126MV

Policy Number: 285 2656-D29-38J
Policy
Sheet 2 of 2

**PLEASE ATTACH TO YOUR POLICY BOOKLET**



---

# 6938A.1 AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

1. **THIS POLICY**

    The following is added:

    5. *Your* purchase of this policy may allow *you* to purchase certain coverages, coverage options, lowering deductibles, coverage limits, or coverage terms on other policies from the *State Farm Companies*, subject to their applicable eligibility rules.

2. **DEFINITIONS**

    a. *Serious injury* is changed by deleting item 1.e. and adding the following:

    4. An individual otherwise bound by the limited tort election shall retain full tort rights if injured while an occupant of a private passenger motor vehicle if that vehicle is described on a policy under which full tort rights were elected and that individual is:

        a. residing in the household of any individual identified by name as an insured under that policy; and

        b. either:

            (1) a spouse or other relative of any individual identified by name as an insured under that policy; or

            (2) a minor in the custody of either such named insured or relative of such named insured.

    b. *State Farm Companies* is changed to read:

    *State Farm Companies* means one or more of the following:

    1. State Farm Mutual Automobile Insurance Company;

    2. State Farm Fire and Casualty Company; and

    3. Subsidiaries or affiliates of either 1. or 2. above.

3. **LIABILITY COVERAGE**

    **Exclusions**

    a. Exclusion 2. is deleted.

    b. The exception to exclusion 8. is changed to read:

    This exclusion does not apply to:

    a. *you*;

    b. any *resident relative*; or

    c. any agent, employee, or business partner of a. or b. above

    while maintaining or using *your car*, a *newly acquired car*, a *temporary substitute car*, or a *trailer owned by you*;

    c. The exception to exclusion 11. is changed to read:

    This exclusion does not apply to damage to:

    a. motor vehicle *owned by the* employer of *you* or any *resident relative* if such damage is caused by an *insured* while operating another motor vehicle;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008

6938A.1

07212/03188
ED1

b. residence while rented to or leased to an *insured*; or

c. private garage while rented to or leased to an *insured*.

## 4. UNINSURED MOTOR VEHICLE COVERAGES – Coverages U and U3

**Additional Definitions – Coverages U and U3**

Item 2. under "*Uninsured Motor Vehicle* means a land motor vehicle:" is changed to read:

2. the owner and driver of which remain unknown and which causes *bodily injury* to the *insured*.

## 5. GENERAL TERMS

a. The following is added to 2. **Where Coverage Applies**:

Liability Coverage, Medical Payments Coverage, Extraordinary Medical Payments Coverage, Loss of Income Coverage, Funeral Benefits Coverage, and Physical Damage Coverages also apply in Mexico within 50 miles of the United States of America border. A Physical Damage Coverage *loss* in Mexico is determined on the basis of cost at the nearest United States of America point.

Death, Dismemberment and Loss of Sight Coverage applies anywhere in the world.

b. The following is added to 4. **Changes to This Policy**:

d. **Change of Policy Address**

*We* may change the named insured's policy address as shown on the Declarations Page and in *our* records to the most recent address provided to *us* by:

(1) *you*; or

(2) the United States Postal Service.

c. 7. **Nonrenewal** is changed to read:

7. **Nonrenewal**

If *we* decide not to renew this policy:

a. because a named insured's driver's license or motor vehicle registration has been under suspension or revocation during the policy period, then at least 15 days before the end of the current policy period; or

b. for any other reason, then at least 60 days before the end of the current policy period

*we* will mail or deliver a nonrenewal notice to the *most* recent policy address that *we* have on record for the named insured who is shown on the Declarations Page. The mailing of the notice will be sufficient proof of notice.

d. The first sentence of b. **How and When We May Cancel** of 8. **Cancellation** is changed to read:

*We* may cancel this policy by mailing or delivering a written notice to the most recent policy address that *we* have on record for the named insured who is shown on the Declarations Page.

e. Item b. of 13. **Legal Action Against Us** is deleted.

© Copyright, State Farm Mutual Automobile Insurance Company, 2008

6938A.1

**PLEASE ATTACH TO YOUR POLICY BOOKLET**

Policy Number: 285 2656-D29-38J

07212/03188

State Farm Mutual Automobile Insurance Company
PO Box 2358
Bloomington IL 61702-2358



AT2          002066 0008  P-342C        A
GARDNER, ROBERT
3887 COLUMBIA AVE
MOUNTVILLE PA 17554-1820

## AUTO RENEWAL

**PREMIUM PAID: $1,200.80**
**DO NOT PAY.**
*Your premium is billed through the State Farm Payment Plan*

State Farm Payment Plan Number: 1272548013

**Your State Farm Agent**

S KELLEHER INS AND FIN SVC INC

Office: 717-947-4266

Address: 1353 FRUITVILLE PIKE
             LANCASTER, PA 17601-4001

*If you have a new or different car, have added any drivers, or have moved, please contact your agent.*

**Thank you for choosing State Farm.**

**Policy Number: 285 2656-D29-38J**
Policy Period: October 29, 2023 to April 29, 2024

**Vehicles:**

1   1998 CADILLAC DEVILLE
2   1990 CADILLAC BROUGHAM
3   1985 CADILLAC FLEETWOOD
4   1978 CADILLAC ELDORADO

**Principal Drivers:**

| Vehicle | Principal Driver |
|---------|------------------|
| 1 | ROBERT  GARDNER |
| 2 | ROBERT  GARDNER |
| 3 | ROBERT  GARDNER |
| 4 | ROBERT  GARDNER |



# Drive Safe & Save™ puts you in the driver's seat of your discount.

Get a discount just for enrolling. From there, how you drive determines how much you save.

If you haven't already, download the app and enroll. Text **SAVEMORE** to **42407;** contact your agent,  S KELLEHER INS AND FIN SVC INC, at 717-947-4266; or scan this QR code.



*Discounts may exceed 30% and vary state-to-state (NY capped at 30%). Not available in CA, MA, RI. A discount may not be available in NC depending on individual facts and circumstances. Setup required.*

006128

TP41



New coverage limits are available for Car Rental and Travel Expenses coverage, ask your agent for details.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

## VEHICLE INFORMATION

**Review your policy information carefully.** If anything is incorrect, or if there are any changes to your vehicle information, please let us know right away.

| Vehicle | Vehicle Description | Vehicle Identification Number (VIN) | Who principally drives this vehicle? | How is this vehicle normally used? |
|---|---|---|---|---|
| 1 | 1998 CADILLAC DEVILLE | 1GEEH90Y1WU550552 | ROBERT GARDNER, a single male, who will be age 57 as of October 29, 2023. | To Work, School or Pleasure. |
| 2 | 1990 CADILLAC BROUGHAM | 1G6DW5475LR731448 | ROBERT GARDNER, a single male, who will be age 57 as of October 29, 2023. | To Work, School or Pleasure. |
| 3 | 1985 CADILLAC FLEETWOOD | 1G6DW478XF9740102 | ROBERT GARDNER, a single male, who will be age 57 as of October 29, 2023. | To Work, School or Pleasure. |
| 4 | 1978 CADILLAC ELDORADO | 6L47S8Q117436 | ROBERT GARDNER, a single male, who will be age 57 as of October 29, 2023. | To Work, School or Pleasure. |

## Other Household Vehicle(s)

Your premium may be influenced by other State Farm policies that currently insure the following vehicle(s) in your household:

2019 KEYSTONE RESIDENCE
2020 FORD ESCAPE
2017 CADILLAC CT6
1995 CADILLAC FLEETWOOD
1975 CADILLAC FLEETWOOD

Vehicle(s) 1,2,3,4 - The premium for this renewal was determined using an annual mileage this vehicle is expected to be driven that was developed from information we obtained or was provided by you. The national average is more than 12,000 miles driven annually according to the U.S. Department of Transportation. Please contact us if you expect your annual mileage to change over the next year.

## Premium Adjustment

Each year, we review our medical payments and personal injury protection coverages claim experience to determine the vehicle safety discount that is applied to each make and model. In addition, we review the comprehensive, collision, bodily injury and property damage claim experience annually to determine which makes and models have earned decreases or increases from State Farm's standard rates. If any changes result from our reviews, adjustments are reflected in the rates shown on this renewal notice.



ST-5B
0203-G012

## DRIVER INFORMATION

**Principal Driver & Assigned Drivers**
For each automobile, the **Principal Driver** is the individual who most frequently drives it.
Each driver is designated as an **Assigned Driver** on the household automobile that they most frequently drive. Your premium may be influenced by the information shown for these drivers.

## IMPORTANT NOTICE REGARDING YOUR PREMIUM

State Farm works hard to offer you the best combination of price, service, and protection. The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. The resulting impact due to the credit portion of the re-rated insurance score will not increase your premium; however, your overall premium may decrease, remain the same, or increase due to other factors impacting your total premium.

## COVERAGE AND LIMITS *See your policy for an explanation of these coverages.*

|    |    | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|----|----|-----------|-----------|-----------|-----------|
| A | Liability Bodily Injury 100,000/300,000 | $115.84 | $110.71 | $112.04 | $116.93 |
|  | Property Damage  50,000 | Included | Included | Included | Included |
| C2 | Medical Payments  5,000 | $8.30 | $9.68 | $11.57 | $12.01 |
| D | Comprehensive | $65.11 | $59.49 | $54.84 | $36.65 |
| G | 100 Deductible Collision | $156.93 | — | $118.55 | $96.55 |
| R1 | Car Rental & Travel Expense 80%  Per Day, $1,000 Max | $11.08 | $11.08 | $11.08 | $11.08 |
| U | Uninsured Motorist Bodily Injury 25,000/50,000 | $2.73 | $2.44 | $3.75 | $3.75 |
| W | Underinsured Motorist Bodily Injury 25,000/50,000 | $12.66 | $11.27 | $17.34 | $17.34 |
| **Premium by Vehicle** | | **$372.65** | **$204.67** | **$329.17** | **$294.31** |
| **Total Premium** | | | | | **$1,200.80** |

**WARNING...  Any person who knowingly and with intent to injure or defraud any insurer files an application or claim containing any false, incomplete or misleading information shall, upon conviction, be subject to imprisonment for up to seven years and payment of a fine of up to $15,000.**

**THIS POLICY PROVIDES LIMITED TORT OPTION.**

**The laws of the Commonwealth of Pennsylvania, as enacted by the General Assembly, only require that you purchase liability and first-party medical benefit coverages.  Any additional coverages or coverages in excess of the limits required by law are provided only at your request as enhancements to basic coverages. The premium for basic liability coverage of $15,000/30,000/5,000 is   $347.92 and medical payments coverage of $5,000 is   $41.56.**

Your premium has been adjusted on our make and model rating plan.

If any coverage you carry is changed to give broader protection with no additional premium charge, we will give you the broader protection without issuing a new policy, starting on the date we adopt the broader protection.

**State Farm**

---

**DISCOUNTS** *These adjustments have already been applied to your premium.*

| | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|
| Multiple Line | ✓ | ✓ | ✓ | ✓ |
| Multicar | ✓ | ✓ | ✓ | ✓ |
| Antitheft | | ✓ | | ✓ |
| Automatic Safety Belts | | ✓ | | |
| Vehicle Safety | ✓ | | | |
| Accident-Free | ✓ | ✓ | ✓ | ✓ |
| Annual Mileage | ✓ | ✓ | ✓ | ✓ |
| **Discounts by Vehicle** | **$281.94** | **$179.46** | **$262.28** | **$219.56** |
| **Total Discounts** | | | | **$943.24** |

## SURCHARGES AND DISCOUNTS

**AUTOMOBILE RATING PLAN** - Applies to private passenger cars only.

**Accident-Free Discount** - Once your policy has been in force for at least three years with no chargeable accidents, you may qualify for our Accident-Free Discount. Once you qualify, this discount applies as long as there are no chargeable accidents, and may even increase over time.

**Good Driving Discount** - Newer policyholders who do not yet qualify for our Accident-Free Discount (available after three years with no chargeable accidents) may already be receiving a Good Driving Discount. This discount continues to apply until your policy qualifies for the Accident-Free Discount as long as there are no chargeable accidents and no new drivers. If you add new drivers, they must also qualify in order for your Good Driving Discount to continue.

**Chargeable Accidents** - For new business rating, an at-fault accident is chargeable if it resulted in death or bodily injury or damage to any property in which the insurer paid in total at least $2,100 ($1,900 or more if the accident occurred on or after July 1, 2022 and prior to July 1, 2023).

For renewal business, an at-fault accident is chargeable as of the date State Farm paid at least $2,100 or more ($1,900 or more for accidents occurring on or after July 1, 2022 and prior to July 1, 2023; $1,800 or more for accidents occurring on or after July 1, 2020 and prior to July 1, 2022; $1,700 or more for accidents occurring on or after July 1, 2017 and prior to July 1, 2020; $1,550 or more for accidents occurring on or after July 1, 2014 and prior to July 1, 2017; $1,450 or more for accidents occurring on or after July 1, 2011 and prior to July 1, 2014; $1,350 or more for accidents occurring on or after July 1, 2008 and prior to July 1, 2011; $1,150 or more for accidents occurring on or after July 1, 2005 and prior to July 1, 2008; $1,050 or more for accidents occurring on or after July 1, 2002 and prior to July 1, 2005; or $950 or

more for accidents occuring on or after July 1, 1999 and prior to July 1, 2002) under property damage liability and collision coverages combined.

A multiple vehicle accident shall not be considered chargeable if State Farm is furnished sufficient evidence that the driver involved in the accident was less than 50% at fault.

**Surcharges** - Your accident record is a determining factor in the amount you pay for insurance on your private passenger car. Policyholders without accidents benefit from lower State Farm rates, while those with recent accidents pay more for car insurance. Surcharges for chargeable accidents are determined in accordance with the following:

### POLICIES WITH ACCIDENT FREE DISCOUNT

If an automobile (or the automobile which it replaces) has been continuously insured with State Farm for at least three years without a chargeable accident during this period, you will receive a 15% Accident-Free Discount on the premiums for bodily injury and property damage liability, medical payments, funeral benefits, loss of income, combined benefits, and collision coverages.

This discount increases to 20% if the automobile (or the automobile which it replaces) has been in force for six years and to 25% if the automobile (or the automobile which it replaces) has been in force for ten years so long as there have been no chargeable accidents during these periods.

Policyholders with chargeable accidents may lose their accident-free discount and receive surcharges. If the accident is the first in nine years and your automobile (or the automobile which it replaces) has been continuously insured with State Farm Mutual for at least nine years, the accident-free discount will continue and no surcharge will be applied. A policy eligible for a 15% Accident Free Discount will be surcharged 5% for the first chargeable accident

*(continued on next page)*



during the three year experience period. If there is a second chargeable accident during the three-year experience period, all chargeable accidents will receive surcharges in accordance with the POLICIES WITHOUT ACCIDENT FREE DISCOUNT section below.

**POLICIES WITHOUT ACCIDENT FREE DISCOUNT**

A 10% surcharge shall apply for the first chargeable accident if there are no other chargeable accidents during the preceding three years; an additional 30% if there is one other chargeable accident during the preceding three years; and an additional 50% for each subsequent accident within a three-year period. The surcharge applicable during a policy period is the total of the separate charges for the individual accidents which became chargeable during the 34-month period ending two months prior to the beginning of that policy period. The amount (%) of surcharge moves up or down on the basis of additional chargeable accidents or periods of accident-free driving.

Each surcharge remains in effect until the renewal policy period is more than 3 years after the accident became chargeable, after which time it is dropped.

Surcharges will be removed if satisfactory evidence is furnished that the driver involved is no longer a member of your household or will not be driving your car in the future. If that driver is insured on another State Farm policy, the accident will be considered in the rating of that policy.

These surcharges apply to the premiums for bodily injury and property damage liability, medical payments, funeral benefits, loss of income, combined benefits, and collision coverages.

For complete details of these programs, please see your State Farm agent.

Surcharges will be removed if the company is given satisfactory evidence that the driver involved is no longer a member of the household or will not be driving the car in the future. If that driver is insured on another State Farm policy, his or her driving record will be considered in the rating of the other policy.

These discounts and surcharges do not apply to all coverages. For complete details, see your State Farm agent.

Based on your driving record, you have our Accident-Free Discount for preferred customers.

## ADDITIONAL INFORMATION

If any information on this renewal notice is incomplete or inaccurate, or if you want to confirm the information we have in our records, please contact your agent. For additional information regarding discounts or coverages, see your State Farm agent or visit statefarm.com®.

## Chargeable Accident Threshold Change

The claim payment amount used to determine a surchargeable accident is being increased from $1,900 to $2,100 in compliance with Pennsylvania law. For accidents occurring on or after July 1, 2023, a premium surcharge will not apply unless we have paid $2,100 or more under the Property Damage Liability and Collision Coverages combined. If you have any questions about this change, please contact your agent.

## Buying a new car? Remember to contact your agent!

When you buy an additional car or one that replaces a car already on your policy, you need to report the change to your agent **promptly.** Even though the dealership you purchased the car from may offer to notify your agent or insurance company, you, as the named insured, are responsible for reporting all changes to your auto policy. By contacting your agent, you can help:

- avoid any complications or lack of coverage in the event of an accident or loss,
- avoid insurance verification problems with a lienholder, the police, or the department of motor vehicles, and
- ensure that you receive any new discounts you may be entitled to.

Your current State Farm policy automatically provides certain coverages for a new or replacement car for up to a specified, limited number of days after you take possession of the car. Please refer to your policy for the number of days that applies in your state.

If you have any questions about coverage for a newly acquired car, please contact your State Farm agent.

*Disclaimer: This message is provided for informational purposes only and does not grant any insurance coverage. The terms and conditions of coverage are set forth in your State Farm Car Policy booklet, the most recently issued Declarations Page, and any applicable endorsements.*

ST-5B
0303-G012

**From:**"HOME PC-EUC-MAILER-NOREPLY" <home.pc-euc-mailer-noreply.303o07@statefarm.com>
**Sent:**Wed, 21 May 2025 11:05:17 -0400
**To:**VC-AUTO-CL@statefarm.com
**Cc:**david.carrell.cqui@statefarm.com
**Subject:**3861D178W
**Attachments:**REJ_SELECT_PAC_2019-02-05_2852656_(1).pdf


**DDUF U-Form Request**

This email contains a selection/rejection form for the following
policy number for car number 002: **285265638.**

This is for the following DDUF request:

**Policy Number:**   2852656
**Car Number:**      002
**State Code:**      38
**Date of Loss:**    5/21/2025
**Insured Name:**    GARDNER, ROBERT
**Change Code:**     L
**Attachments:**     0
**Requestor Alias:** CQUI
**Claim Number:**    3861D178W



State Farm Mutual Automobile Insurance Company
State Farm Fire and Casualty Company

# UNDERINSURED COVERAGE LIMITS

Pennsylvania law requires that no motor vehicle liability insurance policy shall be delivered or issued for delivery unless coverage has been made available for bodily injury for persons who are legally entitled to recover damages from owners or operators of underinsured motor vehicles. Underinsured Motorist Coverage is called Underinsured Motor Vehicle Coverages in your State Farm® Policy.

Underinsured Motor Vehicle Coverages — Coverage W (Stacking Option) and Coverage W3 (Non-Stacking Option) are available with limits up to the Liability Coverage limits for bodily injury. Coverage W or W3 will be written at the Liability Coverage limits for bodily injury unless a named insured selects lower limits or rejects the coverage entirely. (Minimum limits are the financial responsibility limits for bodily injury liability.

**I acknowledge and agree that I have been given the opportunity to purchase Underinsured Motor Vehicle Coverage with limits up to my Liability Coverage limits for bodily injury but instead I select lower limits of $ 25,000 / $ 50,000 in lieu of the higher limits made available to me.**

                   Each Person     Each Accident

_____     _____
Signature of a Named Insured               Date (MM/DD/YYYY)

---

**FOR COMPANY USE ONLY**

**GARDNER, ROBERT**
Named Insured(s)/Applicant(s) (as appearing on the application or policy)

**285 2656-D29-38D**           **38-3962**
Application/Policy number              Agent code

1003885 PAw.2                          2002 149057 200 02-03-2016



**State Farm Mutual Automobile Insurance Company**
**State Farm Fire and Casualty Company**

# UNINSURED COVERAGE LIMITS

Pennsylvania law requires that no motor vehicle liability insurance policy shall be delivered or issued for delivery unless coverage has been made available for bodily injury for persons who are legally entitled to recover damages from owners or operators of uninsured motor vehicles. Uninsured Motorist Coverage is called Uninsured Motor Vehicle Coverages in your State Farm® Policy.

Uninsured Motor Vehicle Coverages — Coverage U (Stacking Option) and Coverage U3 (Non-Stacking Option) are available with limits up to the Liability Coverage limits for bodily injury. Coverage U or U3 will be written at the Liability Coverage limits for bodily injury unless a named insured selects lower limits or rejects the coverage entirely. (Minimum limits are the financial responsibility limits for bodily injury liability).

**I acknowledge and agree that I have been given the opportunity to purchase Uninsured Motor Vehicle Coverage with limits up to my Liability Coverage limits for bodily injury but instead I select lower limits of $ 25,000 / $ 50,000 in lieu of the higher limits made available to me.**

                                            Each Person        Each Accident

_Robert M Gardner_
Signature of a Named Insured                                           Date (MM/DD/YYYY)

---

**FOR COMPANY USE ONLY**

**GARDNER,ROBERT**
Named Insured(s)/Applicant(s) (as appearing on the application or policy)

**285 2656-D29-38D**                             **38-3962**
Application/Policy number                                  Agent code

**State Farm Mutual Automobile Insurance Company**
*PO Box 2358*
*Bloomington IL 61702-2358*

43898-1-P                    MHTL    VOI

# DECLARATIONS PAGE

NAIC#    25178

**PAGE 1 OF 2**

NAMED INSURED

AT2
002707 0058            38-342C-1  P      A
GARDNER, ROBERT
3887 COLUMBIA AVE
MOUNTVILLE PA  17554-1820



POLICY NUMBER    544 2587-D29-38B

POLICY PERIOD FEB 08 2023 to APR 29 2023
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
1272548013

AGENT

SEAN KELLEHER
1353 FRUITVILLE PIKE
LANCASTER, PA 17601-4001

PHONE: (717)947-4266

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSE D.**

## YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|------|------|-------|-----------|--------------------|-------|
| 1975 | CADILLAC | FLEETWOOD | 4DR | 6B69S5Q168975 | 6030505000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---------|-------------------|----------|
| A | Liability Coverage | $43.06 |
|  | Bodily Injury Limits | |
|  | Each Person,   Each Accident | |
|  | $100,000        $300,000 | |
|  | Property Damage Limit | |
|  | Each Accident | |
|  | $50,000 | |
| C2 | Medical Payments Coverage | $4.64 |
|  | Limit - Each Person | |
|  | $5,000 | |
| D | Comprehensive Coverage | $11.60 |
| R1 | Car Rental and Travel Expenses Coverage | $4.57 |
|  | Limit - Car Rental Expense | |
|  | Each Day,      Each Loss | |
|  | 80%            $1,000 | |
| U | Uninsured Motor Vehicle Coverage | $1.13 |
|  | Bodily Injury Limits | |
|  | Each Person,   Each Accident | |
|  | $25,000        $50,000 | |
| W | Underinsured Motor Vehicle Coverage | $6.36 |
|  | Bodily Injury Limits | |
|  | Each Person,   Each Accident | |
|  | $25,000        $50,000 | |

| **Total premium for FEB 08 2023 to APR 29 2023.** | **$71.36** | This is not a bill. |
|---|---|---|

## IMPORTANT MESSAGES

Replaced policy number 5442587-38A.

**Your total renewal premium for OCT 29 2022 to APR 29 2023 is $158.59.**

State Farm works hard to offer you the best combination of price, service, and protection.   The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. The resulting impact due to the credit portion of the re-rated insurance score will not increase your premium; however, your overall premium may decrease, remain the same, or increase due to other factors impacting your total premium.

CONTINUED

See Reverse Side

This policy is issued by State Farm Mutual Automobile Insurance Company.

**MUTUAL CONDITIONS**

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

Secretary

President

**State Farm Mutual Automobile Insurance Company**
PO Box 2358
Bloomington IL 61702-2358

43898-1-P

MUTL   VOL

## DECLARATIONS PAGE

| NAIC#   25178 | **PAGE 2 OF 2** |
|---|---|

| POLICY NUMBER   544 2587-D29-38B |
|---|
| POLICY PERIOD FEB 08 2023 to APR 29 2023<br>12:01 A.M. Standard Time |

NAMED INSURED   002707 0058          38-342C-1  P      A

GARDNER, ROBERT
3887 COLUMBIA AVE
MOUNTVILLE PA  17554-1820

STATE FARM PAYMENT PLAN NUMBER
1272548013

ST-6
0204-0102

---

| **EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.)** |
|---|

YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9838A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
6126LN     AMENDATORY ENDORSEMENT.
6126MT     AMENDATORY ENDORSEMENT.
6126MV     AMENDATORY ENDORSEMENT.
6128DM     AMENDATORY ENDORSEMENT.
6938A.1    AMENDATORY ENDORSEMENT.
THIS POLICY PROVIDES LIMITED TORT OPTION.

Agent:      SEAN KELLEHER

Telephone: (717)947-4266

Prepared   MAR 20 2023      342C-C02

05653/02483
120333.4  12-24-2014 (o1a025ie)          (o1a0254c)
I3SX0        (o1a025vd)

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

Secretary                              President

B10

# 6126LN AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

## 1. THIS POLICY

The following is added (this replaces item 1. of endorsement (6938A.1):

5. *Your* purchase of this policy may allow:

a. *you* to purchase or obtain certain coverages, coverage options, coverage deductibles, coverage limits, or coverage terms on other products from the *State Farm Companies*, subject to their applicable eligibility rules; or

b. the premium or price for other: (1) insurance; (2) financial; (3) vehicle; (4) home; (5) electronic; or (6) travel products or services purchased by *you*, including non-insurance products or services, to vary. Such other products or services must be provided by the *State Farm Companies* or by an organization that has entered into an agreement or contract with the *State Farm Companies*. The *State Farm Companies* do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

## 2. LIABILITY COVERAGE

**Insuring Agreement** and **Supplementary Payments** are replaced by the following:

### Insuring Agreement

1. *We* will pay damages an *insured* becomes legally liable to pay because of:

a. *bodily injury* to others; and

b. damage to property

caused by an accident that involves a vehicle for which that *insured* is provided Liability Coverage by this endorsement.

2. *We* have the right to:

a. investigate, negotiate, and settle any claim or lawsuit;

b. defend an *insured* in any claim or lawsuit, with attorney's chosen by *us*; and

c. appeal any award or legal decision for damages payable under this policy's Liability Coverage.

### Supplementary Payments

*We* will pay, in addition to the damages described in the **Insuring Agreement** of this policy's Liability Coverage, those items listed below that result from such accident:

1. Attorney fees for attorneys chosen by *us* to defend an *insured* who is sued for such damages. *We* have no duty to pay attorney fees incurred after *we* deposit in court or pay the amount due under the **Insuring Agreement** of this policy's Liability Coverage;

2. Court costs awarded by the court against an *insured* and resulting from that part of the lawsuit:

a. that seeks damages payable under this policy's Liability Coverage; and

b. against which *we* defend an *insured* with attorney's chosen by *us*.

*We* have no duty to pay court costs incurred after *we* deposit in court or pay the amount due under the **Insuring Agreement** of this policy's Liability Coverage;

3. Interest the *insured* is legally liable to pay on damages payable under the **Insuring Agreement** of this policy's Liability Coverage:

a. before a judgment, but only the interest on the lesser of:

(1) that part of the damages *we* pay; or

(2) this policy's applicable Liability Coverage limit; and

b. after a judgment:

The amount of any of the costs or expenses listed above that are incurred by an *insured* must be reported to *us* before *we* will pay such incurred costs or expenses.

4. Premiums for bonds, provided by a company chosen by *us*, required to appeal a decision in a lawsuit against an *insured*. *We* have no duty to:

a. pay for any bond with a face amount that exceeds this policy's applicable Liability Coverage limit;

b. furnish or apply for any bonds; or

c. pay premiums for bonds purchased after *we* deposit in court, pay, or offer to pay, the amount due under the **Insuring Agreement** of this policy's Liability Coverage; and

5. The following costs and expenses if related to and incurred after a lawsuit has been filed against an *insured*:

a. Loss of wages or salary, but not other income, up to $200 for each day an *insured* attends, at *our* request: (1) an arbitration; (2) a mediation; or (3) a trial of a lawsuit; and

b. Reasonable expenses incurred by an *insured* at *our* request other than loss of wages, salary, or other income.

## 3. GENERAL TERMS

a. The following is added to **2. Where Coverage Applies**.

Death, Dismemberment and Loss of Sight Coverage applies worldwide.

b. The following is added (this replaces item 5.a. of endorsement (6939A.1):

### Limited Coverage in Mexico

This policy does not provide Mexican auto insurance and does not comply with Mexican auto insurance requirements. If *you* or any other *insured* plan to drive in Mexico, then auto insurance providing coverage in Mexico should be purchased from a Mexican insurance company.

Subject to the above paragraph, the following coverages apply in Mexico, but only for accidents and *losses* that occur in Mexico within 50 miles of the United States of America border and only for *insureds* as defined under each of the following coverages:

a. **Liability Coverage**

b. **Medical Payments Coverage; Extraordinary Medical Payments Coverage; Loss of Income Coverage; Funeral Benefits Coverage**

c. **Physical Damage Coverages**

Any amount payable for the repair or replacement of the *covered vehicle* under this policy will be limited to the cost to repair or replace the *covered vehicle* in the United States of America.

©, Copyright, State Farm Mutual Automobile Insurance Company; 2011

6126LN

©, Copyright, State Farm Mutual Automobile Insurance Company; 2011

6126LN

2010-0000
PUS

05654/02483
ED1

All other policy provisions not in conflict with the provisions in this **Limited Coverage in Mexico** provision of this policy apply.

c. Item c. of 5. **Premium** is changed to read:

c. The premium for this policy may vary based upon:

(1) the purchase of other products or services from the *State Farm Companies*;

(2) the purchase of products or services from an organization that has entered into an agreement or contract with the *State Farm Companies*. The *State Farm Companies* do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization; or

(3) an agreement, concerning the insurance provided by this policy, that the *State Farm Companies* has with an organization of which *you* are a member, employee, subscriber, licensee, or franchise.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2011

# 6126MT AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

**THIS POLICY**

The following has been added to item 5.:

*Your* purchase of this policy may allow *you* to purchase an excess and surplus lines policy from the *State Farm Companies*, subject to applicable eligibility rules.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2016

05654/02483

# 6126MV AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

1. **LIABILITY COVERAGE**
   **If Other Liability Coverage Applies**

   The following is added to item 2:

   The Liability Coverage provided by this policy applies as primary coverage for the use of a motor vehicle loaned to *you* by a motor vehicle dealer while *your car* is being:

   1. transported;
   2. serviced;
   3. repaired; or
   4. inspected

   by that motor vehicle dealer. Such motor vehicle must be loaned to *you* without financial remuneration in the form of a fee, rental charge, or lease charge paid directly by *you*.

2. **PHYSICAL DAMAGE COVERAGES**
   **If Other Physical Damage Coverage or Similar Coverage Applies**

   The following is added to item 3:

   The Comprehensive Coverage and the Collision Coverage provided by this policy apply as primary coverage for a *loss* to a motor vehicle loaned to *you* by a motor vehicle dealer while *your car* is being:

   1. transported;
   2. serviced;
   3. repaired; or
   4. inspected

   by that motor vehicle dealer. Such motor vehicle must be loaned to *you* without financial remuneration in the form of a fee, rental charge, or lease charge paid directly by *you*.

2016-P090
P15

6126MV

© Copyright, State Farm Mutual Automobile Insurance Company, 2016

---

# 6938A.1 AMENDATORY ENDORSEMENT

This endorsement is a part of the policy. Except for the changes this endorsement makes, all other provisions of the policy remain the same and apply to this endorsement.

1. **THIS POLICY**

   The following is added:

   5. *Your* purchase of this policy may allow *you* to purchase certain coverages, coverage options, or coverage deductibles, or coverage terms on any policies subject to their applicable eligibility rules.

   b. *State Farm Companies* is changed to read:

   *State Farm Companies* means one or more of the following:

   1. State Farm Mutual Automobile Insurance Company;
   2. State Farm Fire and Casualty Company; and
   3. Subsidiaries or affiliates of either 1. or 2. above.

2. **DEFINITIONS**

   a. *Serious injury* is changed by deleting item 1.c. and adding the following:

   4. An individual otherwise bound by the limited tort election shall retain full tort rights if injured while an occupant of a private passenger motor vehicle if that vehicle is described on a policy under which full tort rights were elected and that individual is:

   a. residing in the household of any individual identified by name as an insured under that policy; and

   b. either:

   (1) a spouse or other relative of any individual identified by name as an insured under that policy; or

   (2) a minor in the custody of either such named insured or relative of such named insured.

3. **LIABILITY COVERAGE**
   **Exclusions**

   a. Exclusion 2 is deleted.

   b. The exception to exclusion 8. is changed to read:

   This exception does not apply to:

   a. *you*,
   b. any *resident relative*; or
   c. any agent, employee, or business partner of a. or b. above while maintaining or using *your car*, a *newly acquired car*, a *temporary substitute car*, or a *trailer owned by you*.

   c. The exception to exclusion 11. is changed to read:

   This exception does not apply to damage to a:

   a. motor vehicle *owned by* the employer of *you* or any *resident relative* if such damage is caused by an *insured* while operating another motor vehicle;

6938A.1

© Copyright, State Farm Mutual Automobile Insurance Company, 2008

05655/02483
ED1

Case 5:25-cv-03264-CH   Document 1   Filed 06/26/25   Page 51 of 63

b. residence while rented to or leased to an *insured;* or

c. private garage while rented to or leased to an *insured.*

(1) *you;* or

(2) the United States Postal Service.

4. **UNINSURED MOTOR VEHICLE COVERAGES — Coverages U and U3**

**Additional Definitions — Coverages U and U3**

Item 2. under "*Uninsured Motor Vehicle*" is changed to read:

2. the owner and driver of which remain unknown and which causes *bodily injury* to the *insured.*

5. **GENERAL TERMS**

a. The following is added to 2. **Where Coverage Applies:**

Coverages Liability Coverage, Medical Payments Coverage, Extraordinary Medical Payments Coverage, Loss of Income Coverage, Funeral Benefits Coverage, and Physical Damage Coverages also apply in Mexico within 50 miles of the United States of America border. A Physical Damage Coverage *loss* in Mexico is determined on the basis of cost at the nearest United States of America point.

b. The following is added to 4. **Changes to This Policy:**

d. **Change of Policy Address**

*We* may change the named insured's policy address as shown on the Declarations Page and in *our* records to the most recent address provided to *us* by:

c. 7. **Nonrenewal** is changed to read:

7. **Nonrenewal**

If *we* decide not to renew this policy:

a. because a named insured's driver's license or motor vehicle registration has been under suspension or revocation during the policy period, then at least 15 days before the end of the current policy period; or

b. for any other reason, then at least 60 days before the end of the current policy period

*we* will mail or deliver a nonrenewal notice to the most recent policy address that *we* have on record for the named insured who is shown on the Declarations Page. The mailing of the notice will be sufficient proof of notice.

d. The first sentence of b. **How and When We May Cancel** of 8. **Cancellation** is changed to read:

*We* may cancel this policy by mailing or delivering a written notice to the most recent policy address that *we* have on record for the named insured who is shown on the Declarations Page.

e. Item b. of 13. **Legal Action Against Us** is deleted.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2008

6938A.1

05655/02483

State Farm Mutual Automobile Insurance Company

PO Box 2358
Bloomington IL 61702-2358



AT1          001028 0008  A-342C        A
GARDNER, ROBERT
3887 COLUMBIA AVE
MOUNTVILLE PA 17554-1820

## AUTO RENEWAL

**PREMIUM PAID: $205.14**

**DO NOT PAY.**

*Your premium is billed through the State Farm Payment Plan*

State Farm Payment Plan Number: 1272548013

**Policy Number: 544 2587-D29-38B**
Policy Period: April 29, 2025 to October 29, 2025

**Vehicle:**
1975 CADILLAC FLEETWOOD

**Principal Driver:**
ROBERT  GARDNER

**Your State Farm Agent**

S KELLEHER INS AND FIN SVC INC

Office: 717-947-4266

Address: 1353 FRUITVILLE PIKE
        LANCASTER, PA 17601-4001

*If you have a new or different car, have added any drivers, or have moved, please contact your agent.*

**Thank you for choosing State Farm.**

New coverage limits are available for Car Rental and Travel Expenses coverage, ask your agent for details.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use

information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

Policy Number: 544 2587-D29-38B
Prepared March 6, 2025
1004583

Page number 1 of 5

143562 202 01-15-2018

# Bye-bye clutter, hello green

Enroll in paperless and you'll get emails with links to do things like:

- download or print your auto ID card,
- pay your bill,
- or view documents, like your renewal.



Scan QR to sign up or visit
**statefarm.com/paperless**



TP38 c

003009

ST-5
0103-G002



## VEHICLE INFORMATION

**Review your policy information carefully.** If anything is incorrect, or if there are any changes to your vehicle information, please let us know right away.

| Vehicle Description | Vehicle Identification Number (VIN) | Who principally drives this vehicle? | How is this vehicle normally used? |
|---|---|---|---|
| 1975 CADILLAC FLEETWOOD | 6B69S5Q168975 | ROBERT GARDNER, a single male, who will be age 59 as of April 29, 2025. | To Work, School or Pleasure. |

### Other Household Vehicle(s)

Your premium may be influenced by other State Farm policies that currently insure the following vehicle(s) in your household:

1985 CADILLAC FLEETWOOD
2024 CADILLAC LYRIQ
1978 CADILLAC ELDORADO
2019 KEYSTONE RESIDENCE
2011 CHEVROLET EQUINOX
2017 CADILLAC CT6
2021 COACHMEN APEX ULTRA

Vehicle(s) 1 - The premium for this renewal was determined using an annual mileage this vehicle is expected to be driven that was developed from information we obtained or was provided by you. The national average is more than 12,000 miles driven annually according to the U.S. Department of Transportation. Please contact us if you expect your annual mileage to change over the next year.

**Premium Adjustment**

Each year, we review our medical payments and personal injury protection coverages claim experience to determine the vehicle safety discount that is applied to each make and model. In addition, we review the comprehensive, collision, bodily injury and property damage claim experience annually to determine which makes and models have earned decreases or increases from State Farm's standard rates. If any changes result from our reviews, adjustments are reflected in the rates shown on this renewal notice.

## DRIVER INFORMATION

### Other Household Driver(s)

In addition to the Principal Driver(s) and Assigned Driver(s), your premium may be influenced by the drivers shown below and other individuals permitted to drive your vehicle. This list does not extend or expand coverage beyond that contained in this automobile policy. The drivers listed below are the drivers reported to us that most frequently drive other vehicles in your household.

JONI L GARDNER

**Principal Driver & Assigned Drivers**

For each automobile, the **Principal Driver** is the individual who most frequently drives it.

Each driver is designated as an **Assigned Driver** on the household automobile that they most frequently drive.

**IMPORTANT NOTICE REGARDING YOUR PREMIUM**

State Farm works hard to offer you the best combination of price, service and protection. The amount you pay for automobile insurance is determined by many factors such as the coverages you have, where you live, the kind of car you drive, how your car is used, who drives the car, and information from consumer reports.

premium may be influenced by the information shown for these drivers.

You have the right to request, no more than once during a 12-month period, that your policy be re-rated using a current credit-based insurance score. The resulting impact due to the credit portion of the re-rated insurance score will not increase your premium; however, your overall premium may decrease, remain the same, or increase due to other factors impacting your total premium.

**COVERAGE AND LIMITS** See your policy for an explanation of these coverages.

| | | |
|---|---|---|
| A | Liability Bodily Injury 100,000/300,000 | $118.96 |
| | Property Damage 50,000 | Included |
| C2 | Medical Payments 5,000 | $10.77 |
| D | Comprehensive | $41.25 |
| R1 | Car Rental & Travel Expense 80%, Per Day, $1,000 Max | $11.52 |
| U | Uninsured Motorist Bodily Injury 25,000/50,000 | $5.07 |
| W | Underinsured Motorist Bodily Injury 25,000/50,000 | $17.57 |
| **Total Premium** | | **$205.14** |

**WARNING . . . Any person who knowingly and with intent to injure or defraud any insurer files an application or claim containing any false, incomplete or misleading information shall, upon conviction, be subject to imprisonment for up to seven years and payment of a fine of up to $15,000.**

**THIS POLICY PROVIDES LIMITED TORT OPTION**

The laws of the Commonwealth of Pennsylvania, as enacted by the General Assembly, only require that you purchase liability and first-party medical benefit coverages. Any additional coverages or coverages in

excess of the limits required by law are provided only at your request as enhancements to basic coverages. The premium for basic liability coverage of $15,000/30,000/5,000 is $90.85 and medical payments coverage of $5,000 is $10.77.

If any coverage you carry is changed to give broader protection with no additional premium charge, we will give you the broader protection without issuing a new policy, starting on the date we adopt the broader protection.

**DISCOUNTS** These adjustments have already been applied to your premium.

| | |
|---|---|
| Multiple Line | ✓ |
| Multicar | ✓ |
| Antitheft | ✓ |
| Accident Free | ✓ |

003010

Policy Number: 544 2587 D29 38B
Prepared March 6, 2025

Page number 3 of 5

(continued on next page)

**State Farm**®



## DISCOUNTS *continued*

| | |
|---|---|
| Annual Mileage | ✓ |
| **Total Discounts** | **$173.93** |

## SURCHARGES AND DISCOUNTS

**AUTOMOBILE RATING PLAN** - Applies to private passenger cars only.

**Accident-Free Discount** -- Once your policy has been in force for at least three years with no chargeable accidents, you may qualify for our Accident-Free Discount. Once you qualify, this discount applies as long as there are no chargeable accidents, and may even increase over time.

**Good Driving Discount** - Newer policyholders who do not yet qualify for our Accident-Free Discount (available after three years with no chargeable accidents) may already be receiving a Good Driving Discount. This discount continues to apply until your policy qualifies for the Accident-Free Discount as long as there are no chargeable accidents and no new drivers. If you add new drivers, they must also qualify in order for your Good Driving Discount to continue.

**Chargeable Accidents** - For new business rating, an at-fault accident is chargeable if it resulted in death or bodily injury or damage to any property in which the insurer paid in total at least $2,100 ($1,900 or more if the accident occurred on or after July 1, 2022 and prior to July 1, 2023).

For renewal business, an at-fault accident is chargeable as of the date State Farm paid at least $2,100 or more ($1,900 or more for accidents occurring on or after July 1, 2022 and prior to July 1, 2023; $1,800 or more for accidents occurring on or after July 1, 2020 and prior to July 1, 2022; $1,700 or more for accidents occurring on or after July 1, 2017 and prior to July 1, 2020; $1,550 or more for accidents occurring on or after July 1, 2014 and prior to July 1, 2017; $1,450 or more for accidents occurring on or after July 1, 2011 and prior to July 1, 2014; $1,350 or more for accidents occurring on or after July 1, 2008 and prior to July 1, 2011; $1,150 or more for accidents occurring on or after July 1, 2005 and prior to July 1, 2008; $1,050 or more for accidents occurring on or after July 1, 2002 and prior to July 1, 2005; or $950 or more for accidents occuring on or after July 1, 1999 and prior to July 1, 2002) under property damage liability and collision coverages combined.

A multiple vehicle accident shall not be considered chargeable if State Farm is furnished sufficient evidence that the driver involved in the accident was less than 50% at fault.

**Surcharges** -- Your accident record is a determining factor in the amount you pay for insurance on your private passenger car. Policyholders without accidents benefit from lower State Farm rates, while those with recent accidents pay more for car insurance. Surcharges for chargeable accidents are determined in accordance with the following:

### *POLICIES WITH ACCIDENT FREE DISCOUNT*

If an automobile (or the automobile which it replaces) has been continuously insured with State Farm for at least three years without a chargeable accident during this period, you will receive a 15% Accident-Free Discount on the premiums for bodily injury and property damage liability, medical payments, funeral benefits, loss of income, combined benefits, and collision coverages.

This discount increases to 20% if the automobile (or the automobile which it replaces) has been in force for six years and to 25% if the automobile (or the automobile which it replaces) has been in force for ten years so long as there have been no chargeable accidents during these periods.

Policyholders with chargeable accidents may lose their accident-free discount and receive surcharges. If the accident is the first in nine years and your automobile (or the automobile which it replaces) has been continuously insured with State Farm Mutual for at least nine years, the accident-free discount will continue and no surcharge will be applied. A policy eligible for a 15% Accident Free Discount will be surcharged 5% for the first chargeable accident during the three year experience period. If there is a second chargeable accident during the three-year experience period, all chargeable accidents will receive surcharges in accordance with the POLICIES WITHOUT ACCIDENT FREE DISCOUNT section below.

### *POLICIES WITHOUT ACCIDENT FREE DISCOUNT*

A 10% surcharge shall apply for the first chargeable accident if there are no other chargeable accidents during the preceding three years; an additional 30% if there is one other chargeable accident during the preceding three years; and an additional 50% for each subsequent accident within a three-year period. The surcharge applicable during a policy period is the total of the separate charges for the individual accidents which became chargeable during the 34-month period ending two months prior to the beginning of

*(continued on next page)*

State Farm®

that policy period. The amount (%) of surcharge moves up or down on the basis of additional chargeable accidents or periods of accident-free driving.

Each surcharge remains in effect until the renewal policy period is more than 3 years after the accident became chargeable, after which time it is dropped.

Surcharges will be removed if satisfactory evidence is furnished that the driver involved is no longer a member of your household or will not be driving your car in the future. If that driver is insured on another State Farm policy, the accident will be considered in the rating of that policy.

These surcharges apply to the premiums for bodily injury and property damage liability, medical payments, funeral benefits, loss of income, combined benefits, and collision coverages.

## ADDITIONAL INFORMATION

If any information on this renewal notice is incomplete or inaccurate, or if you want to confirm the information we have in our records, please contact your agent. For additional

## Buying a new car? Remember to contact your agent!

When you buy an additional car or one that replaces a car already on your policy, you need to report the change to your agent **promptly.** Even though the dealership you purchased the car from may offer to notify your agent or insurance company, you as the named insured, are responsible for reporting all changes to your auto policy. By contacting your agent, you can help:

- avoid any complications or lack of coverage in the event of an accident or loss;

- avoid insurance verification problems with a lienholder, the police, or the department of motor vehicles; and

- ensure that you receive any new discounts you may be entitled to.

Your current State Farm policy automatically provides certain coverages for a new or replacement car for up to a specified limited number of days after you take possession of the car. Please refer to your policy for the number of days that applies in your state.

If you have any questions about coverage for a newly acquired car, please contact your State Farm agent.

*Disclaimer: This message is provided for informational purposes only and does not grant any insurance coverage. The terms and conditions of coverage are set forth in your State Farm Car Policy booklet, the most recently issued Declarations Page, and any applicable endorsements.*

information regarding discounts or coverages, see your State Farm agent or visit statefarm.com®.

For complete details of these programs, please see your State Farm agent.

Surcharges will be removed if the company is given satisfactory evidence that the driver involved is no longer a member of the household or will not be driving the car in the future. If that driver is insured on another State Farm policy, his or her driving record will be considered in the rating of the other policy.

These discounts and surcharges do not apply to all coverages. For complete details, see your State Farm agent.

Based on your driving record, you have our Accident-Free Discount for preferred customers.

003011



**State Farm Mutual Automobile Insurance Company**
**State Farm Fire and Casualty Company**

# UNDERINSURED COVERAGE LIMITS

Pennsylvania law requires that no motor vehicle liability insurance policy shall be delivered or issued for delivery unless coverage has been made available for bodily injury for persons who are legally entitled to recover damages from owners or operators of underinsured motor vehicles. Underinsured Motorist Coverage is called Underinsured Motor Vehicle Coverages in your State Farm® Policy.

Underinsured Motor Vehicle Coverages — Coverage W (Stacking Option) and Coverage W3 (Non-Stacking Option) are available with limits up to the Liability Coverage limits for bodily injury. Coverage W or W3 will be written at the Liability Coverage limits for bodily injury unless a named insured selects lower limits or rejects the coverage entirely. (Minimum limits are the financial responsibility limits for bodily injury liability.

**I acknowledge and agree that I have been given the opportunity to purchase Underinsured Motor Vehicle Coverage with limits up to my Liability Coverage limits for bodily injury but instead I select lower limits of $ 25,000 / $ 50,000 in lieu of the higher limits made available to me.**

Each Person              Each Accident

DocuSigned by:

*ROBERT GARDNER*

Signature of a Named Insured

7/7/2022

Date (MM/DD/YYYY)

---

**FOR COMPANY USE ONLY**

**GARDNER,ROBERT**

Named Insured(s)/Applicant(s) (as appearing on the application or policy)

**544 2587-D29-38**

Application/Policy number

**38-342C**

Agent code



**State Farm Mutual Automobile Insurance Company**
**State Farm Fire and Casualty Company**

# UNINSURED COVERAGE LIMITS

Pennsylvania law requires that no motor vehicle liability insurance policy shall be delivered or issued for delivery unless coverage has been made available for bodily injury for persons who are legally entitled to recover damages from owners or operators of uninsured motor vehicles. Uninsured Motorist Coverage is called Uninsured Motor Vehicle Coverages in your State Farm® Policy.

Uninsured Motor Vehicle Coverages — Coverage U (Stacking Option) and Coverage U3 (Non-Stacking Option) are available with limits up to the Liability Coverage limits for bodily injury. Coverage U or U3 will be written at the Liability Coverage limits for bodily injury unless a named insured selects lower limits or rejects the coverage entirely. (Minimum limits are the financial responsibility limits for bodily injury liability).

**I acknowledge and agree that I have been given the opportunity to purchase Uninsured Motor Vehicle Coverage with limits up to my Liability Coverage limits for bodily injury but instead I select lower limits of** $ <u>25,000</u> / $ <u>50,000</u>
**in lieu of the higher limits made available to me.**
                                                                          Each Person              Each Accident

DocuSigned by:

*ROBERT GARDNER*
_____                    <u>7/7/2022</u>
Signature of a Named Insured                                   Date (MM/DD/YYYY)

---

**FOR COMPANY USE ONLY**

**GARDNER,ROBERT**
Named Insured(s)/Applicant(s) (as appearing on the application or policy)

| **544 2587-D29-38** | **38-342C** |
|---|---|
| Application/Policy number | Agent code |



**State Farm Mutual Automobile Insurance Company**
**State Farm Fire and Casualty Company**

# NOTICE TO NAMED INSUREDS

**A.**    **"Limited Tort" Option -** The laws of the Commonwealth of Pennsylvania give you the right to choose a form of insurance that limits your right and the right of members of your household to seek financial compensation for injuries caused by other drivers. Under this form of insurance, you and other household members covered under this policy may seek recovery for all medical and other out-of-pocket expenses, but not for pain and suffering or other nonmonetary damages unless the injuries suffered fall within the definition of "serious injury" as set forth in the policy or unless one of several other exceptions noted in the policy applies. The annual premium for basic coverage as required by law under this "limited tort" option is $ 166.82_____ .

Additional coverages under this option are available at additional cost.

**B.**    **"Full Tort" Option -** The laws of the Commonwealth of Pennsylvania also give you the right to choose a form of insurance under which you maintain an unrestricted right for you and the members of your household to seek financial compensation for injuries caused by other drivers. Under this form of insurance, you and other household members covered under this policy may seek recovery for all medical and other out-of-pocket expenses and may also seek financial compensation for pain and suffering and other nonmonetary damages as a result of injuries caused by other drivers. The annual premium for basic coverages as required by law under this "full tort" option is $ 216.84_____ .

Additional coverages under this option are available at additional cost.

**C.**    You may contact your insurance agent, broker or company to discuss the cost of other coverages.

**D.**    If you wish to choose the **"limited tort"** option described in paragraph A, you must sign this notice where indicated below and return it. If you do not sign and return this notice, you will be considered to have chosen the **"full tort"** coverage as described in paragraph B and you will be charged the **"full tort"** premium.

I wish to choose the **"limited tort"** option described in paragraph A:

DocuSigned by:

*ROBERT GARDNER*
_____          7/7/2022
Named insured signature                                          Date (mm/dd/yyyy)

**E.**    If you wish to choose the **"full tort"** option described in paragraph B, you must sign this notice where indicated below and return it. However, if you do not sign and return this notice, you will be considered to have chosen the **"full tort"** coverage as described in paragraph B and you will be charged the **"full tort"** premium.

I wish to choose the **"full tort"** option described in paragraph B:

_____          _____
Named insured signature                                          Date (mm/dd/yyyy)

**FOR COMPANY USE ONLY**
**GARDNER,ROBERT**
Named Insured(s)/Applicant(s) (as appearing on the application or policy)

| **544 2587-D29-38** | **38-342C** |
|---|---|
| Application/Policy number | Agent code |

# EXHIBIT "B"

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



May 21, 2025

The Barrist Law Firm
PO Box 1820
Media PA 19063-8820

**State Farm Claims**
PO Box 106171
Atlanta GA 30348-6171

RE:    Claim Number:            38-61D1-78W
       Date of Loss:            December 6, 2023
       Our Insured:             Robert Gardner
       Your Client(s):          Joni Gardner

Dear Mr. Barrist:

As discussed, I am assigned to handle the underinsured motorist claim.

We are waiving our underinsured motorist coverage subrogation rights and grant permission for your client to enter into the settlement of their third-party bodily injury claim.

Per our conversation, we need to determine the amount of UIM coverage available. There was $25,000 in UIM coverage on the occupied vehicle. For any of the stacking UIM coverage from the other vehicles to be applicable, your client must have been a resident relative of our named insured Robert Gardner at the time of the loss. Please talk with your client about where both she and our named insured were residing on 12/6/23, and confirm whether she lived with our named insured on that date.

If you have questions or need assistance, call us at 610-361-4985.

38-61D1-78W
Page 2
May 21, 2025


Sincerely,



David Carrell
Claim Specialist
610-361-4985
Fax: (855) 820-6318
statefarmclaims@statefarm.com

*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at 610-361-4985 to discuss sensitive information.*

State Farm Mutual Automobile Insurance Company