# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONI GARDNER** | : | |
|                **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
|     **v.** | : | **NO. 25-3264** |
| | : | |
| **STATE FARM MUTUAL AUTOMOBILE** | : | |
| **INSURANCE COMPANY** | : | |
|                **Defendant.** | : | |

## ORDER

**AND NOW**, this 3rd day of September, 2025, upon review of Defendant's Motion to Dismiss (ECF No. 7) and the responses and replies thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss Count I of the Complaint is **GRANTED** without prejudice.

2. Defendant shall file its Answer to the Complaint no later than **September 17, 2025**.

BY THE COURT:

*/s/ Catherine Henry*
**CATHERINE HENRY, J.**